

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/12/2020

| | | |
|---|---|---|
| IN RE: | § | |
| PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC, *et al* | § § § | CASE NO: 20-32437 |
| | § | |
| PERMICO MIDSTREAM PARTNERS LLC | § § | CASE NO: 20-32438 |
| | § | Jointly Administered Order |
| Debtor(s) | § § | |
| | § | CHAPTER 11 |

### ORDER FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

For the reasons set forth on the record on this date, the Court orders the appointment of a chapter 11 Trustee.

SIGNED **May 12, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE