**Fill in this information to identify the case:**

Debtor name    Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern    District of   Texas
(State)

Case number (If known):   20-32438

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................   $ 2,558,165.71

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................   $ 39,076,521.02

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................   $ 41,634,686.73

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................   $ 31,136,301.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 line 5a of *Schedule E/F*.......................................................   $ 307,532.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................   **+** $ 193,937,752.40

4. **Total liabilities**..................................................................................................   $ 225,391,585.90
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern _____ District of Texas
                                                  (State)

Case number (If known):  20-32438

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Operating | 0 ☒ 3 ☒ | $ 10,339.77 |
| 3.2. | Bank of America | Checking | ☒ 1 2 ☒ | $ 1,000.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Savings (8603 - Bank of America) | $ 17.77 |
| 4.2. | | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 11,357.54

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor   Permico Midstream Partners, LLC
_____
Name

Case number *(if known)* 20-32438
_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........ ➔   $_____
face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........ ➔   $_____
face amount                   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                 % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    Permico Midstream Partners, LLC                                       Case number (if known) 20-32438
_____                                _____
          Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor  Permico Midstream Partners, LLC
        _____
        Name

Case number (if known) 20-32438
                       _____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Permico Midstream Partners, LLC
          _____
          Name

Case number *(if known)* 20-32438
          _____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| | | | $_____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    Permico Midstream Partners, LLC
          _____
          Name

Case number *(if known)*   20-32438
                           _____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Emshoff Properties: Being a tract of land situated in Nueces County, Texas, located on FM Road No. 1694 at County Road No. 34, being described as the West one-half (W-1/2) of the Southeast one-quarter of the Southeast one-quarter (SE-1/4 of the SE-1/4) of Section Two (2), GEO. H. PAUL SUBDIVISION OF THE DRISCOLL RANCH | Owner | $ 1,917,580.85 | purchase price | $ 1,917,580.85 |
| 55. Ahokas Property:  County Rd 67 ( Back ACS), Robstown, TX 78380, Nueces County, Texas, 80 ACS OUT G H Paul, SECTION 3, E/2 of NW/4 | Owner | $ 640,584.86 | purchase price | $ 640,584.86 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,558,165.71

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>Development Costs - See attached schedule. | $ 39,065,163.48 | | $ 39,065,163.48 |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 39,065,163.48

---

Debtor   Permico Midstream Partners, LLC
_____
Name

Case number *(if known)*   20-32438

---

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**  **All other assets**

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➜  $_____
                          Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73.  **Interests in insurance policies or annuities**

_____   $_____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim        _____

Amount requested    $_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See attached list (Ex. A)
_____   $ Unknown

Nature of claim        _____

Amount requested    $_____

76.  **Trusts, equitable or future interests in property**

_____   $_____

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $_____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor  Permico Midstream Partners, LLC
Name

Case number (if known)  20-32438

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,357.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................➔ | | $ 2,558,165.71 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 39,065,163.48 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 39,076,521.02 | + 91b. $ 2,558,165.71 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .............................................. $ 41,634,686.73

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 8

| INTANGIBLE ASSETS | | | |
|---|---|---|---|
| **OTHER ASSETS - Development Costs** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| **Fractionator Costs** | | | |
| Engineering (Engineering, Civil Work, Geotech) | $2,131,411.64 | | $2,131,411.64 |
| Consulting (Permitting, Other) | $113,370.66 | | $113,370.66 |
| Dues and Subscriptions - Ch 313 Fee | $125,000.00 | | $125,000.00 |
| **Subtotal Fractionator Costs** | **$2,369,782.30** | | **$2,369,782.30** |
| **LPG Terminal** | | | |
| Engineering | $1,515,912.00 | | $1,515,912.00 |
| **Subtotal LPG Terminal** | **$1,515,912.00** | | **$1,515,912.00** |
| **Storage** | | | |
| Engineering | $36,890.88 | | $36,890.88 |
| **Subtotal Storage** | **$36,890.88** | | **$36,890.88** |
| **Pipeline** | | | |
| ROW Survey | $4,700,815.89 | | $4,700,815.89 |
| Program and ROW Management | $4,228,543.77 | | $4,228,543.77 |
| Pipeline Engineering | $1,518,962.68 | | $1,518,962.68 |
| Enerfin Asset Expense | $1,102,286.82 | | $1,102,286.82 |
| Holding Fees - Line Pipe | $2,213,177.01 | | $2,213,177.01 |
| Environmental Engineering | $293,470.88 | | $293,470.88 |
| Governmental Fees | $4,062.50 | | $4,062.50 |
| **Subtotal Pipeline** | **$14,061,319.55** | | **$14,061,319.55** |
| **Overhead** | | | |
| Development Capital Financing Fees | $3,877,959.45 | | $3,877,959.45 |

|  |  |  |
|---|---:|---:|
| Overhead | $3,236,411.91 | $3,236,411.91 |
| Legal | $1,616,749.26 | $1,616,749.26 |
| Consulting | $977,180.13 | $977,180.13 |
| Insurance | $384,526.30 | $384,526.30 |
| Permitting | $98,551.72 | $98,551.72 |
| Tax and Government Expense | $102,653.80 | $102,653.80 |
| **Subtotal Overhead** | **$10,294,032.57** | **$10,294,032.57** |
| **Pre-Development Equity** |  |  |
| Overhead | $9,552,226.18 | $9,552,226.18 |
| Engineering | $705,000.00 | $705,000.00 |
| Consulting / Travel | $400,000.00 | $400,000.00 |
| Legal | $130,000.00 | $130,000.00 |
| **Subtotal Pre-Development Equity** | **$10,787,226.18** | **$10,787,226.18** |
| **TOTAL OTHER ASSETS - Development Costs** | **$39,065,163.48** | **$39,065,163.48** |

## EXHIBIT A

### Part 11: All other Assets (Cont'd)

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims:**

Potential claims against HGC Midstream INV, LLC, Their Employees, Personnel, and Representatives Including But Not Limited to Ankura Consulting Group LLC, and Bryan M. Gaston.

**Nature of Claim:** Any and all claims relating to the wrongful filing of bankruptcy cases, including but not limited to Breach of Contract; Breach of Fiduciary Duty; Tortious Interference; Malpractice; Attorneys' Fees, etc.

**Amount Requested:** Unliquidated.

**Fill in this information to identify the case:**

Debtor name: Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern   District of Texas
(State)

Case number (If known): 20-32438

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 1:</b> List Creditors Who Have Secured Claims</td></tr>
</table>

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
HGC Midstream INV LLC

**Creditor's mailing address**
300 Frank W. Burr Blvd. STE 52
Teaneck, NJ 07666

**Creditor's email address, if known**

**Date debt was incurred** April 30, 2019
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Cash, cash equivalents, assigned agreements, Enerfin, Emshoff, and Ahokas property and all other tangible and intangible property, equity in Permico Midstream Partners

**Describe the lien**
Personal property lien perfected through a UCC-1 filing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $ 31,136,301.00
Column B: $ Unknown

**2.2**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $
Column B: $

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 31,136,301.00

**Fill in this information to identify the case:**

Debtor __Permico Midstream Partners, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
                                                                           (State)

Case number __20-32438__
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 140,000.00 | $ 13,650.00 |
| --- | --- | --- | --- |

Jeffrey Beicker

9301 SW Freeway, Ste 308

Houston, TX 77074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/4/2020

**Basis for the claim:**
Unpaid Wages & Expense Reimbursement

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 | $ 13,650.00 |
| --- | --- | --- | --- |

Charles Craig Janies

9301 SW Freeway, Ste 308

Houston, TX 77074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/4/2020

**Basis for the claim:**
Unpaid Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 40,000.00 | $ 13,650.00 |
| --- | --- | --- | --- |

Ronald Chamness

9301 SW Freeway, Ste 308

Houston, TX 77074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/4/2020

**Basis for the claim:**
Unpaid Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor  Permico Midstream Partners, LLC
Name

Case number *(if known)* 20-32438

---

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.** Priority creditor's name and mailing address

Michael Sambasile

9301 SW Freeway, Ste 308

Houston, TX 77074

$ 25,000.00        $ 13,650.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/4/2020

**Basis for the claim:**
Unpaid Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** Priority creditor's name and mailing address

Jordan Fickessen

9301 SW Freeway, Ste 308

Houston, TX 77074

$ 10,000.00        $ 10,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/4/2020

**Basis for the claim:**
Unpaid Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** Priority creditor's name and mailing address

Railroad Commission of Texas

P.O. Box 12967

Austin, Texas 78711-2967

$ 42,532.50        $ 20,700.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Delinquent government dues & permitting

**Last 4 digits of account number** 5849 ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Permico Midstream Partners, LLC

Name

Case number *(if known)* 20-32436

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
See Attached Schedule
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 193,937,752.40

---

**3.2** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.5** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 307,532.50 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 193,937,752.40 |
| 5c. **Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ 194,245,284.90 |

**Schedule 206 F:  Creditors Who Have Unsecured Claims**

**Permico Midstream Partners, LLC**
**Case # 20-32438**

| Creditor | Address | C/U/D | Description | Sum of Amount | Right to Setoff |
|---|---|---|---|---|---|
| Jeffrey Beicker | 105 Big Trail Circle<br>Missouri City, TX 7744459 | | Unsecured loan | $ 356,979.54 | No |
| Contract Land Staff | Contract Land Staff, LLC<br>Dept 400<br>PO Box 4458<br>Houston, TX 77210-4458 | | Right of Way Survey and Other | $ 2,297,780.89 | No |
| Corpac | 20803 Biscayne Blvd., Suite 502<br>Aventura, Florida 33180 | Contingent,<br>Unliquidated, Disputed | Holding Fees | $ 1,893,978.79 | No |
| Corpac | 20803 Biscayne Blvd., Suite 502<br>Aventura, Florida 33180 | Contingent,<br>Unliquidated, Disputed | Line Pipe | $ 95,566,230.89 | No |
| Corpac | 20803 Biscayne Blvd., Suite 502<br>Aventura, Florida 33180 | Contingent,<br>Unliquidated, Disputed | Line Pipe - Restocking Fees (OPEN) | $ 10,444,412.93 | No |
| Dickinson & Wheelock | 7660 Woodway Drive, Suite 460<br>Houston TX 77063 | | Legal | $ 13,475.00 | No |
| Dickinson & Wheelock | 7660 Woodway Drive, Suite 460<br>Houston TX 77063 | | Legal | $ 100,000.00 | No |
| Edgen Murray | 10370 Richmond Ave, Suite 900<br>Houston, TX 77042 | Contingent,<br>Unliquidated, Disputed | Holding Fees | $ 905,042.08 | No |
| Edgen Murray | 10370 Richmond Ave, Suite 900<br>Houston, TX 77042 | Contingent,<br>Unliquidated, Disputed | Line Pipe | $ 77,575,035.08 | No |
| Enveres DrillingInfo | PO Box 678128<br>Dallas TX 75267-8128 | | Business Subscription<br>(Commercial Research) | $ 25,903.80 | No |
| HillCo | 823 Congress, Suite 900<br>Austin TX 78701 | | Consultant - Permits and<br>Government Relations | $ 35,000.00 | No |
| Horizon Environmental Services, Inc. | 1507 S Interstate 35<br>Austin, TX 78741-2502 | | Environmental Engineering | $ 2,495.00 | No |

| Creditor | Address | C/U/D | Description | Sum of Amount | Right to Setoff |
|---|---|---|---|---|---|
| Hyde Regulatory Consulting LLC | 1561 Ruby Ranch Rd Buda TX 78610 | | Consultant - Permits | $ 6,000.00 | No |
| King & Spalding | 1180 Peachtree Street, NE; 17th Floor Atlanta GA 30309 | | Legal | $ 214,778.75 | No |
| Lonquist & Co LLC | 12912 Hill Country Blvd., Suite F-200 Austin, Texas, 78738 | | Permian Storage | $ 9,462.50 | No |
| Lummus Consultants International LLC | 2103 RESEARCH FOREST DRIVE THE WOODLANDS, TX 77380 | | SMBC's Independent Engineer | $ 2,602.50 | No |
| Oso Development Partners, LLC | 185 Cherry Oak Lane Montgomery TX 77356 | | Pipeline Management Team | $ 1,066,941.22 | No |
| Pathfinder | PO Box 441587 Houston TX 77244 | | Insurance | $ 50,000.00 | No |
| Percheron LLC | 1904 West Grand Parkway North Suite 200 Katy, TX 77449 | | Right of Way Survey and Other | $ 92,967.81 | No |
| Prime Energy Services | 654 N. Sam Houston Pkwy E Suite 300 Houston TX 77060 | | Surveying | $ 483,152.00 | No |
| Reed Smith LLP | Suite 1700 811 Main Street Houston, TX 77002-6110 | | Legal | $ 300,000.00 | No |
| Tarsco Construction Corporation | 1400 Woodloch Forest Drive Suite 500 The Woodlands TX 77380 | | LPG Terminal | $ 690,912.00 | No |
| Topographic Land Surveyors | 1400 Everman Parkway, Suite 146 Fort Worth, TX 76140 | | Right of Way Survey and Other | $ 797,287.09 | No |
| Trinity Consultants, Inc. | 12700 Park Central Dr; Suite 2100 Dallas TX 75251 | | Consultant - Permits | $ 18,345.43 | No |
| Universal Pegasus International | 4848 Loop Central Drive Suite 137 Houston, Texas 77081 | | Pipeline Engineering | $ 637,965.37 | No |
| Whitenton Group | 3413 Hunter Road San Marcos, TX 78666 | | Environmental Consultants | $ 175,867.81 | No |

| Creditor | Address | C/U/D | Description | Sum of Amount | Right to Setoff |
|----------|---------|-------|-------------|---------------|-----------------|
| Wood Mackenzie | PO Box 9482 New York, NY 10087-9482 | | SMBC's Independent Marketing Consultant | $ 175,000.00 | No |
| Zabel Freeman | 1135 Heights Blvd Houston, TX 77008 | | Legal | $ 135.92 | No |
| | | | **TOTAL** | **$ 193,937,752.40** | |

**Fill in this information to identify the case:**

Debtor name __Permico Midstream Partners, LLC__

United States Bankruptcy Court for the: __Southern__    District of __Texas__
(State)

Case number (If known): __20-32438__    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office Space Lease | Merlyn Holdings |
| | | | 9301 Southwest Fwy Ste 410 |
| | State the term remaining | month-to-month | Houston, TX 77074 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Insurance | Chubb |
| | | | PO Box 382001 |
| | State the term remaining | exp June 2020 | Pittsburgh, PA 15250-8001 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Security | Alif Security |
| | | | 6301 Richmond Ave |
| | State the term remaining | month-to-month | Suite 240-A |
| | List the contract number of any government contract | | Houston, TX 77057 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | shredding services | ProShred |
| | | | 12703 Capricorn St #100 |
| | State the term remaining | month-to-month | Stafford, TX 77477 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | power | NEC Co-Op Energy |
| | | | PO Box 103000 |
| | State the term remaining | month-to-month | Victoria, TX 77903-3000 |
| | List the contract number of any government contract | | |

Debtor   Permico Midstream Partners, LLC
         Name

Case number (if known) 20-32438

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. **State what the contract or lease is for and the nature of the debtor's interest** — power<br>**State the term remaining** — month-to-month<br>**List the contract number of any government contract** | Nueces Electric Co-op<br>14353 Cooperative Ave<br>Robstown, TX 78380 |
| 2. **State what the contract or lease is for and the nature of the debtor's interest** — line pipe purchase orders and amendments[1]<br>**State the term remaining**<br>**List the contract number of any government contract** | Edgen Murray<br>18444 Highland Road<br>Baton Rouge, LA 70809 |
| 2. **State what the contract or lease is for and the nature of the debtor's interest** — line pipe purchase orders and amendments[1]<br>**State the term remaining**<br>**List the contract number of any government contract** | Corpac Steel Products<br>20803 Biscayne Blvd., Suite 502<br>Aventura, Florida 33180 |
| 2. **State what the contract or lease is for and the nature of the debtor's interest** — ROW Service Team - CC Office<br>**State the term remaining**<br>**List the contract number of any government contract** | Contract Land Staff<br>PO Box 4458<br>Houston, TX 77210-4458 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** — Pipeline Management Team<br>**State the term remaining**<br>**List the contract number of any government contract** | Oso Development Partners<br>10300 Town Park Dr.,SE 1000<br>Houston, TX 77072 |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** — Development Loan Agreement<br>**State the term remaining**<br>**List the contract number of any government contract** | HGC Midstream INV LLC<br>300 Frank W. Burr Boulevard, Suite 52<br>Teaneck, New Jersey 07666<br>Attn: Steve Kim |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |

1: The purchase orders and amendments are subject to determination of the title disputes in Adversary Proceeding Nos. 20-03126 and 20-03173 and the reservations set forth in the Global Notes.

| Fill in this information to identify the case: |
| --- |

Debtor name    Permico Midstream Partners, LLC

United States Bankruptcy Court for the:   Southern     District of   Texas
                                                 (State)

Case number (If known):   20-32438

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Permico Midstream Partners Holding, LLC | 9301 Southwest Freeway, Suite 308<br>Street<br><br>Houston    Texas    77074<br>City    State    ZIP Code | HGC Midstream ING LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name __Permico ☒ idstream Partners☒☒☒☒__

United States Bankruptcy Court for the: __Southern_____ District of __Te☒as__
                                               (State)

Case number (*if known*): __20-32☒3☒_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An Individual who is authorized to act on behalf of a non-Individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒   Amended *Schedule* __A__

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06 / 18 / 2020__      ✗ _____
         MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                 JEFFREY F. BELKER
                                 Printed name

                                 CHIEF EXECUTIVE OFFICER
                                 Position or relationship to debtor