

ENTERED
06/19/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS | § | Case No. 20-32437 (MI) |
| HOLDINGS, LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors[1] | § | |

### ORDER APPROVING THE AGREED EXPEDITED MOTION TO ABATE PERMICO ENERGIA, LLC'S EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)
[Doc. No. 63]

This matter comes before the Court on Permico Energia, LLC's ("Energia") *Agreed Expedited Motion to Abate Permico Energia, LLC's Emergency Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion"),[4] which was agreed to by the Ch. 11 Trustee. The Court, having reviewed the Motion, and having considered the evidence, representations of counsel, and arguments of counsel finds that: (a) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (b) notices of the Motion and the Hearing before the Court were sufficient under the circumstances. Additionally, having considered the Motion, the evidence, and the representations and arguments of counsel, the Court concludes that the Motion should be **GRANTED** as specifically set forth in this Order.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Omitted.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

[4] All capitalized but undefined terms shall have the same meaning as ascribed to in the Motion.

2. Energia's Motion to Dismiss is abated until both Adversary Proceedings are finally adjudicated.

3. The Trial, along with any and all discovery and deposition requests (which have or may be requested), is abated until the final adjudication of the Adversary Proceedings.

4. Upon the entry of a final order in both Adversary Proceedings, any party shall have the right to petition the Court for the termination of this abatement, and for entry of appropriate deadlines to govern discovery related to the Motion to Dismiss and/or to set a new trial date.

5. During the abatement, these above-captioned bankruptcy Cases will continue as usual.

6. This abatement will not operate as a waiver of any rights of any party.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 19, 2020

_____
Marvin Isgur
United States Bankruptcy Judge