**Fill in this information to identify the case:**

Debtor Name: Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 20-32437

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2020
Date report filed: 09/14/2020 (MM / DD / YYYY)

Line of business: Oil & Gas
NAISC code: 2111

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jordan Fickessen

Original signature of responsible party: /s/ Jordan Fickessen

Printed name of responsible party:

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC    Case number 20-32437

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 22,473.15

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 2,044.61

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 11,961.11

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -9,916.50

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 12,556.65

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 563,755.10

    (Exhibit E)

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC      Case number 20-32437

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     0
27. What is the number of employees as of the date of this monthly report?     0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 0.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 2,044.61 | = | $ -2,044.61 |
| 33. **Cash disbursements** | $ 8,445.90 | − | $ 11,961.11 | = | $ 3,515.21 |
| 34. **Net cash flow** | $ -8,445.90 | − | $ -9,916.50 | = | $ 1,470.60 |

35. Total projected cash receipts for the next month:     $ 0.00
36. Total projected cash disbursements for the next month:   − $ 8,445.90
37. Total projected net cash flow for the next month:        = $ -8,445.90

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC        Case number 20-32437

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit B

The bank accounts are in the process of being converted or transferred to Chapter 11 estate accounts.

**EXHIBIT D**

| | |
|---|---:|
| Beginning balance as of 08/01/2020 (0839) | $ 22,473.15 |
| Total credits | $ 2,044.61 |
| Total debits | $ (11,961.11) |
| Ending balance as of 08/31/2020 (0839) | $ 12,556.65 |
| Checking (4125) | $ - |
| Savings (8603) | $ - |
| TOTAL ENDING BALANCE | **$ 12,556.65** |

| Date | Description | Vendor | Amount | Running Bal. |
|---|---|---|---:|---:|
| 8/1/2020 | Beginning balance as of 08/01/2020 | | | $ 22,473.15 |
| 8/4/2020 | Office Rent | Merlyn Holdings Inc. | $ (5,679.42) | $ 16,793.73 |
| 8/4/2020 | Enerfin Electricity | Nueces Electric | $ (263.90) | $ 16,529.83 |
| 8/5/2020 | Enerfin Electricity | Nueces Electric | $ (161.92) | $ 16,367.91 |
| 8/5/2020 | Enerfin Electricity | Nueces Electric | $ (133.47) | $ 16,234.44 |
| 8/28/2020 | Office Rent | Merlyn Holdings Inc. | $ (5,679.42) | $ 10,555.02 |
| 8/31/2020 | EMPLOYEE Health Insurance | Ronald Chamness | $ 1,354.48 | $ 11,909.50 |
| 8/31/2020 | EMPLOYEE Health Insurance | Charles Craig Janies | $ 690.13 | $ 12,599.63 |
| 8/31/2020 | Enerfin Electricity | Nueces Electric | $ (42.98) | $ 12,556.65 |

EXHIBIT E
Unpaid Bills (Bankruptcy Filing through 8/31/2020)

| Date Debt Incurred | Who | Purpose | Amount | Due |
|---|---|---|---:|---|
| 8/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 381.96 | 7/20/2020 |
| 8/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 8/10/2020 |
| 8/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 8/1/2020 |
| 8/6/2020 | Jeffrey Beicker | Business License and Fees - TX RR Commission | $ 1,023.02 | 8/6/2020 |
| 8/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 8/31/2020 |
| 8/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 8/31/2020 |
| 8/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 8/31/2020 |
| 8/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 8/31/2020 |
| 8/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 8/31/2020 |
| 5/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/14/2020 |
| 6/30/2020 | Oso Development Partners | Program / ROW Management | $ 57,600.00 | 9/14/2020 |
| 7/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/8/2020 |
| 7/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 389.84 | 7/20/2020 |
| 7/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 7/10/2020 |
| 7/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 7/1/2020 |
| 7/10/2020 | Jeffrey Beicker | Office Expense - Nueces Electric CoOp | $ 15.00 | 7/10/2020 |
| 7/7/2020 | Jeffrey Beicker | Office Expense - Sharefile | $ 591.63 | 7/7/2020 |
| 7/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 7/31/2020 |
| 7/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 7/31/2020 |
| 7/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 7/31/2020 |
| 7/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 7/31/2020 |
| 7/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 7/31/2020 |
| 6/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 490.28 | 6/20/2020 |
| 6/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 6/10/2020 |
| 6/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 6/1/2020 |
| 6/11/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ 85.95 | 6/11/2020 |
| 6/2/2020 | Jeffrey Beicker | Office Expense - ProShred | $ 39.00 | 6/2/2020 |
| 6/29/2020 | Jeffrey Beicker | Office Expense - ProShred | $ 39.00 | 6/29/2020 |
| 6/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 6/30/2020 |
| 6/30/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 6/30/2020 |
| 6/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 6/30/2020 |
| 6/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 6/30/2020 |
| 6/30/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 6/30/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/15/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/15/2020 |
| 6/10/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/10/2020 |
| 5/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 442.67 | 5/20/2020 |
| 5/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 5/10/2020 |
| 5/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 5/1/2020 |
| 5/29/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ 176.71 | 5/29/2020 |
| 5/11/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ 86.58 | 5/11/2020 |
| 5/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 5/31/2020 |
| 5/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 5/31/2020 |
| 5/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 5/31/2020 |
| 5/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 5/31/2020 |
| 5/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 5/31/2020 |
| 5/29/2020 | Contract Land Staff | ROW Office Maintenance | $ 402.50 | 5/29/2020 |
| | | | $ 563,755.10 | |



**BANK OF AMERICA**
**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

PERMICO MIDSTREAM PARTNERS LLC
9301 SOUTHWEST FWY STE 308
HOUSTON, TX  77074-1431

**Client service information**

1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Fundamentals Checking

for August 1, 2020 to August 31, 2020                                Account number: 4880 7456 0839
**PERMICO MIDSTREAM PARTNERS LLC**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on August 1, 2020 | $22,473.15 | # of deposits/credits: 2 |
| Deposits and other credits | 2,044.61 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -11,961.11 | # of items-previous cycle[1]: 6 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $16,179.45 |
| **Ending balance on August 31, 2020** | **$12,556.65** | [1]*Includes checks paid,deposited items&other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2020 Bank of America Corporation





**BANK OF AMERICA**
**PRIVATE BANK**

PERMICO MIDSTREAM PARTNERS LLC   |   Account # 4880 7456 0839   |   August 1, 2020 to August 31, 2020

## Your checking account

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/31/20 | BKOFAMERICA MOBILE 08/31 3774427781 DEPOSIT | *MOBILE | TX | 1,354.48 |
| 08/31/20 | BKOFAMERICA MOBILE 08/31 3774423287 DEPOSIT | *MOBILE | TX | 690.13 |
| **Total deposits and other credits** | | | | **$2,044.61** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 08/04/20 | WIRE TYPE:WIRE OUT DATE:200804 TIME:0908 ET TRN:2020080400361746 SERVICE REF:004160 BNF:MERLYN HOLDINGS ID:3000737 BNF BK:ALLEGIANCE B ANK ID:113025723 PMT DET:TS20200804090826 | -5,679.42 |
| 08/04/20 | Nueces Electric  DES:WEB PMTS   ID:HH3QSD  INDN:PERMICO MIDSTREAM PART  CO ID:9000264842 CCD | -263.90 |
| 08/05/20 | NUECES ELECTRIC  DES:CONS COLL  ID:1912190015  INDN:JEFFREY F  BEICKER      CO ID:3740811772 PPD | -161.92 |
| 08/05/20 | NUECES ELECTRIC  DES:CONS COLL  ID:1912190014  INDN:JEFFREY F  BEICKER      CO ID:3740811772 PPD | -133.47 |
| 08/28/20 | WIRE TYPE:WIRE OUT DATE:200828 TIME:1113 ET TRN:2020082800507407 SERVICE REF:012597 BNF:MERLYN HOLDINGS ID:3000737 BNF BK:ALLEGIANCE B ANK ID:113025723 PMT DET:TS20200828111307 | -5,679.42 |
| 08/31/20 | Nueces Electric  DES:WEB PMTS   ID:MK2LXD  INDN:PERMICO MIDSTREAM PART  CO ID:9000264842 CCD | -42.98 |
| **Total withdrawals and other debits** | | **-$11,961.11** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 22,473.15 | 08/05 | 16,234.44 | 08/31 | 12,556.65 |
| 08/04 | 16,529.83 | 08/28 | 10,555.02 | | |



**BANK OF AMERICA**
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

PERMICO MIDSTREAM PARTNERS HOLDINGS LLC
9301 SOUTHWEST FWY STE 308
HOUSTON, TX  77074-1431

**Client service information**

📱 1.800.878.7878

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Fundamentals Checking

for August 1, 2020 to August 31, 2020                                  Account number: 4880 8437 4125
PERMICO MIDSTREAM PARTNERS HOLDINGS LLC

### Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2020 | $0.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2020** | **$0.00** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of items-previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: $0.00

[1]*Includes checks paid,deposited items&other debits*

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2020 Bank of America Corporation




**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

PERMICO MIDSTREAM PARTNERS LLC
9301 SOUTHWEST FWY STE 308
HOUSTON, TX  77074-1431

**Client service information**

1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your BANK OF AMERICA Business Advantage Savings

for August 1, 2020 to August 31, 2020          Account number: 4880 8483 8603

**PERMICO MIDSTREAM PARTNERS LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on August 1, 2020 | $0.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2020** | **$0.00** |

Interest Paid Year To Date: $17.77.

# of deposits/credits: 0
# of withdrawals/debits: 0
# of days in cycle: 31
Average ledger balance: $0.00
Average collected balance: $0.00

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2020 Bank of America Corporation


Bank of America, N.A. Member FDIC and Equal Housing Lender

Permico Midstream Partners, LLC

**Bank of America Operating, Period Ending 08/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 09/08/2020

Reconciled by: Jordan Fickessen

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 22,473.15 |
| Checks and payments cleared (6) | -11,961.11 |
| Deposits and other credits cleared (2) | 2,044.61 |
| Statement ending balance | 12,556.65 |
| | |
| Register balance as of 08/31/2020 | 12,556.65 |
| Cleared transactions after 08/31/2020 | 0.00 |
| Uncleared transactions after 08/31/2020 | -2,163.21 |
| Register balance as of 09/08/2020 | 10,393.44 |

**Details**

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/04/2020 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 08/04/2020 | Expense | | Nueces Electric | -263.90 |
| 08/05/2020 | Expense | | Nueces Electric | -161.92 |
| 08/05/2020 | Expense | | Nueces Electric | -133.47 |
| 08/28/2020 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 08/31/2020 | Expense | | Nueces Electric | -42.98 |
| Total | | | | -11,961.11 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/31/2020 | Deposit | | | 1,354.48 |
| 08/31/2020 | Deposit | | | 690.13 |
| Total | | | | 2,044.61 |

**Additional Information**

Uncleared checks and payments after 08/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2020 | Expense | | Nueces Electric | -118.60 |
| 09/04/2020 | Expense | | | -2,044.61 |
| Total | | | | -2,163.21 |

# Permico Midstream Partners, LLC

PROFIT AND LOSS

August 2020

| | |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | |
| Expenses | |
| **Total Expenses** | |
| NET OPERATING INCOME | |
| NET INCOME | |

# Permico Midstream Partners, LLC

BALANCE SHEET

As of August 31, 2020

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Bank of America Operating | 12,556.65 |
|       Checking | 0.00 |
|       Escrow Account | 0.00 |
|       Savings | 0.00 |
|     **Total Bank Accounts** | **$12,556.65** |
|     Other Current Assets | |
|       Prepaid Expenses | -3,012.17 |
|     **Total Other Current Assets** | **$ -3,012.17** |
|   **Total Current Assets** | **$9,544.48** |
|   Fixed Assets | |
|     Land | 2,558,165.71 |
|   **Total Fixed Assets** | **$2,558,165.71** |
|   Other Assets | |
|     Development Costs - Fractionator | 2,369,782.30 |
|     Development Costs - LPG Terminal | 1,515,912.00 |
|     Development Costs - Overhead | 21,651,662.29 |
|     Development Costs - PL Companero | 9,033,405.94 |
|     Development Costs - PL Simpatico | 5,200,460.85 |
|     Development Costs - Storage | 36,890.88 |
|     Right of Use Asset | 15,052,500.00 |
|   **Total Other Assets** | **$54,860,614.26** |
| **TOTAL ASSETS** | **$57,428,324.45** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 10,125,489.85 |
|       **Total Accounts Payable** | **$10,125,489.85** |
|       Other Current Liabilities | |
|         Notes Payable - ST | 30,000,000.00 |
|       **Total Other Current Liabilities** | **$30,000,000.00** |
|     **Total Current Liabilities** | **$40,125,489.85** |
|   **Total Liabilities** | **$40,125,489.85** |
|   Equity | |
|     Management Distribution | 356,979.94 |
|     Opening Balance Equity | 10,756,178.88 |
|     Retained Earnings | 77,954.01 |
|     Series A Membership Interests | 6,088,160.00 |
|     Net Income | 23,561.77 |
|   **Total Equity** | **$17,302,834.60** |
| **TOTAL LIABILITIES AND EQUITY** | **$57,428,324.45** |