**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS | § | Case No. 20-32437 (MI) |
| HOLDINGS, LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**NOTICE OF STATUS CONFERENCE**

   **PLEASE TAKE NOTICE** that a status conference in the jointly administered cases of Permico Midstream Partners Holdings, LLC, *et al.*, will take place on December 16, 2020 at 1:30 p.m. (Central Time).

   **PLEASE TAKE FURTHER NOTICE** that through entry of General Order 2020-20 on October 19, 2020, the Court has extended the use of the Protocol for Emergency Public Health or Safety Conditions (adopted by General Order 2020-4; invoked by General Orders 2020-10 and 2020-10A and as extended and modified by General Order 2020-11, 2020-17, 2020-18, 2020-19 and 2020-20) indefinitely pending further Order. Accordingly, it is anticipated that all persons will appear telephonically and also may appear via video at this status conference.

   **PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554.

   **PLEASE TAKE FURTHER NOTICE** that you may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JUDGEISGUR" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

   **PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures & Schedules," then "View Home Page" for Judge Isgur. Under "Electronic Appearance" select "Click here to submit electronic appearance". Select "Permico Midstream Partners Holdings, LLC", complete the required fields and click "submit" to complete your appearance.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

Dated: December 3, 2020  Respectfully submitted,
Houston, Texas

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
Bob B. Bruner (SBT 24062637)
Julie Goodrich Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: bob.bruner@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

*Counsel to William R. Greendyke,
Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020, a true and correct copy of the foregoing Notice was served by CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas on all creditors and by U.S. Mail to those creditors on the attached Exhibit A.

*/s/ Julie Harrison*
Julie Harrison

**EXHIBIT A – SERVICE LIST**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 20-32437<br>Southern District of Texas<br>Houston<br>Thu Dec  3 10:24:28 CST 2020 | Capital Development Partners, Inc.<br>c/o McDowell Hetherington LLP<br>Attention: Jarrod B. Martin<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6774 | Corpac Steel Products Corp<br>c/o Rosenthal Law Firm, P. L. L.C.<br>675 Bering, Suite 150<br>Houston, TX 77057-2188 |
| Edgen Murray Corporation<br>c/o Lowenstein Sandler LLP<br>Attn: Jeffrey Prol, Esq.<br>Attn: Bruce S. Nathan, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068-1740 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Oso Development Partners, LLC<br>10300 Town Park Drive, Suite 1000<br>Houston, Tx 77072-5236 |
| Permico Midstream Partners Holdings, LLC<br>9301 Southwest Freeway, Suite 308<br>Houston, TX 77074-1431 | Permico Midstream Partners LLC<br>9301 Southwest Freeway, Suite 308<br>Houston, TX 77074-1431 | Whitenton Group<br>Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-4042 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Charles Craig Janies<br>718 Wilken Street<br>Houston, TX 77008-4461 | Contract Land Staff, LLC<br>Dept 400<br>PO Box 4458<br>Houston, TX 77210-4458 |
| Dickinson & Wheelock<br>7660 Woodway Drive, Suite 460<br>Houston, TX 77063-1537 | Enveres Drilling Info<br>PO Box 678128<br>Dallas TX 75267-8128 | Executive Risk Indemnity Inc. c/o CHUBB<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08889 |
| HillCo<br>823 Congress, Suite 900<br>Austin TX 78701-2458 | Horizon Environmental Services, Inc.<br>1507 S Interstate 35<br>Austin, TX 78741-2502 | Hyde Regulatory Consulting LLC<br>1561 Ruby Ranch Rd<br>Buda, TX 78610-3188 |
| Jeffrey Beicker<br>105 Big Trail Circle<br>Missouri City, TX 77459-6187 | Jeffrey Sykes<br>C/O Jirohachi LLC<br>1629 K ST NW, STE 300<br>Washington, DC 20006-1631 | Jirohachi LLC<br>Attn: Legal Counsel<br>1629 K ST NW, STE 300<br>Washington, DC 20006-1631 |
| Jordan Fickessen<br>5418 Pecan Field Dr,<br>Missouri City, TX 77459-1495 | Joseph Lavin<br>1629 K St NW, Suite 300<br>Washington, DC 20006-1631 | King & Spalding<br>1180 Peachtree Street, NE;<br>17th Floor<br>Atlanta GA 30309-7525 |
| Lavin Puig PLLC<br>Suite 1629 K St NW 300<br>Washington, DC 20006-1602 | Lonquist & Co. LLC<br>12912 Hill Country Blvd., Suite F-200<br>Austin, TX 78738-6717 | Lummus Consultants International LLC<br>2103 RESEARCH FOREST DRIVE<br>THE WOODLANDS, TX 77380-4162 |
| Macquarie Capital (USA), Inc.<br>500 Dallas, Suite 3300<br>Houston, TX 77002-4719 | Magin Puig-Monsen<br>C/O Jirohachi LLC<br>1629 K ST NW, STE 300<br>Washington, DC 20006-1631 | Martin O'Connor Ranch, LTD<br>101 S. Main St #300<br>Victoria, TX 77901-8142 |

| | | |
|---|---|---|
| Merlyn Holdings, LLC<br>9301 Southwest Freeway<br>Houston, TX 77074-1510 | Michael Sambasile<br>5815 Serrano Terrace Lane<br>Houston, TX 77041-6042 | Micheal Sambasile<br>5815 Serrano Terrace Lane<br>Houston, TX 77041-6042 |
| Millenium Business Services<br>8515 Jackrabbit Rd T<br>Houston, TX 77095-3191 | Moak, Casey & Associates<br>901 S Mopac Bldg III Ste 310<br>Austin, Texas 78746 | NEC Co-Op Energy<br>PO Box 103000<br>Victoria, TX 77903-3000 |
| Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Nueces County Tax Assessor<br>901 Leopard St.<br>Corpus Christi, TX 78401-3606 | Nueces Electric<br>14353 Cooperative Ave<br>Robstown, TX 78380-4600 |
| OSO Development Partners, LLC<br>185 Cherry Oak Lane<br>Montgomery, TX 77316-6423 | Optimized Process Designs LLC<br>25610 Clay Road<br>Katy, TX 77493-7898 | Pathfinder / LL&D<br>PO Box 441587<br>Houston, TX 77244-1587 |
| Percheron<br>1904 West Grand Parkway North<br>Suite 200<br>Katy, TX 77449-1898 | Priestly Farms<br>3558 County Road 57<br>Robstown, TX 78380-5624 | Prime Energy Services, LLC<br>654 N. Sam Houston Pkwy E<br>Suite 300<br>Houston, TX 77060-5913 |
| ProShred Security<br>2425 W Loop S #200<br>Houston, TX 77027-4208 | RBN Energy LLC<br>2323 South Shepherd Drive<br>Suite 1010<br>Houston, TX 77019-7024 | RPS Group Inc.<br>20405 Tomball Parkway, Suite 200<br>Houston, Texas 77070-2284 |
| Railroad Commission of Texas<br>1701 North Congress Ave<br>PO Box 12967<br>Austin, TX 78711-2967 | Randy Emshoff<br>3233 Harper's Ferry<br>Corpus Christi, TX 78410-2409 | ReedSmith LLP<br>811 Main Street<br>Suite 1700<br>Houston, TX 77002-6110 |
| Robstown ISD<br>801 North First Street<br>Robstown, TX 78380-2608 | Ronald E. Chamness<br>1617 Sul Ross<br>Houston, TX 77006-4719 | San Jacinto Title Services<br>520 Lawrence Street<br>Corpus Christi, TX 78401-2524 |
| Sumitomo Mitsui Banking Corporation<br>277 Park Avenue<br>New York, NY 10172-0077 | Swan Pipeline Services, LLC<br>PO Box 854<br>Cyril, OK 73029-0854 | TARSCO CONSTRUCTION CORP<br>25000 PITKIN ROAD<br>SPRING TEXAS 77386-1990 |
| Tarsco Construction Company<br>1400 Woodloch Forest Drive<br>Suite 500<br>The Woodlands, TX 77380-1117 | Texas Mutual Insurance<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | Texas Railroad Commission<br>1701 North Congress Avenue<br>Post Office Box 12967<br>Austin, TX 78711-2967 |

| | | |
|---|---|---|
| Texas Tator Tots, LTD<br>105 Big Trail Circle<br>Missouri City, TX 77459-6187 | The Shaw Group / Lummus Consultants Internat<br>2103 Research Forest Drive<br>The Woodlands, TX 77380-4162 | Tolunay-Wong Engineers., Inc.<br>10710 S Sam Houston Pkwy W, Suite 100<br>Houston, TX 77031-3060 |
| Topographic<br>1400 Everman Parkway, Suite 146<br>Fort Worth, TX 76140-5034 | Trinity Consultants<br>12700 Park Central Dr; Suite 2100<br>Dallas, TX 75251-1546 | Trinity Consultants, Inc.<br>P O Box 972047<br>Dallas, TX 75397-2047 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United Corpus Christi Chambers of Commerce<br>602 N. Staples Street, Ste. 150<br>Corpus Chrisi, TX 78401-4400 | Universal Ensco Inc<br>c/o Fermeen Fazal<br>4848 Loop Central Dr, Ste 137<br>Houston, Texas 77081-2355 |
| Universal Ensco., Inc<br>Texas 4848 Loop Central Drive<br>Suite 137<br>Houston, TX 77081 | Whitenton Group<br>TX 3413 Hunter Road<br>San Marcos, TX 78666-5864 | Wood Mackenzie<br>NY PO Box 9482<br>New York, NY 10087-9482 |
| Zabel Freeman<br>1135 Heights Blvd<br>Houston, TX 77008-6915 | Ashley L. Harper<br>Hunton Andrews Kurth LLP<br>600 Travis Street<br>Suite 4200<br>Houston, TX 77002-2929 | Catherine Diktaban<br>Hunton Andrews et al<br>600 Travis St<br>Suite 4200<br>Houston, TX 77002-2929 |
| Joseph Peak Rovira<br>Hunton Andrews Kurth LLP<br>600 Travis<br>Suite 4200<br>Houston, TX 77002-2929 | Julie Goodrich Harrison<br>Norton Rose Fulbright US LLP<br>1301 McKinney St<br>Ste 5100<br>Houston, TX 77010-3095 | Timothy Alvin Davidson II<br>Hunton Andrews Kurth LLP<br>600 Travis<br>Ste 4200<br>Houston, TX 77002-2929 |
| William R Greendyke<br>Norton Rose Fulbright US LLP<br>1301 McKinney Street<br>Suite 5100<br>Houston, TX 77010-3095 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)HGC Midstream Inv LLC | (u)Nueces County | (u)Permico Energia, LLC |
| (u)Prime Energy Services, LLC | End of Label Matrix<br>Mailable recipients   78<br>Bypassed recipients    4<br>Total                 82 | |