**Fill in this information to identify the case:**

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  20-32437

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  __October 2020__          Date report filed:  __11/10/2020__
                                                        MM / DD / YYYY

Line of business:  __Oil & Gas__          NAISC code:  __2111__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                  Jordan Fickessen

Original signature of responsible party   /s/ Jordan Fickessen

Printed name of responsible party      Jordan Fickessen

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC       Case number  20-32437

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 9,828.24

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 2,808.68

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 8,401.17

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ -5,592.49

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 4,235.75

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 780,578.87

    *(Exhibit E)*

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC   Case number 20-32437

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0

27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 325.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | − | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 2,808.68 | = | $ -2,808.68 |
| 33. **Cash disbursements** | $ 6,579.42 | − | $ 8,401.17 | = | $ -1,821.75 |
| 34. **Net cash flow** | $ -6,579.42 | − | $ 5,592.49 | = | $ -986.93 |

35. Total projected cash receipts for the next month:   $ _____ 0.00

36. Total projected cash disbursements for the next month:   − $ _____ 6,579.42

37. Total projected net cash flow for the next month:   = $ _____ -6,579.42

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

Case number 20-32437

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit A

The attached invoice from Cummings Westlake LLC, the Debtors' Chapter 313 consultant, was not paid in October 2020.

**EXHIBIT D**

| | | | | |
|---|---|---|---|---|
| Beginning balance as of 10/01/2020 (3056) | | | $ | 9,828.24 |
| Total credits | | | $ | 2,808.68 |
| Total debits | | | $ | (8,401.17) |
| Ending Balance (WF 3056) | | | $ | 4,235.75 |

| Date | Description | Vendor | Amount | | Running Bal. | |
|---|---|---|---|---|---|---|
| 10/1/2020 | Beginning balance as of 10/01/2020 | | | | $ | 9,828.24 |
| 10/2/2020 | Enerfin Electricity | Nueces Electric | $ | (122.16) | $ | 9,706.08 |
| 10/2/2020 | Enerfin Electricity | Nueces Electric | $ | (14.35) | $ | 9,691.73 |
| 10/7/2020 | Rent | Merlyn Holdings | $ | (5,679.42) | $ | 4,012.31 |
| 10/7/2020 | Reversal of Wire Fees | Wells Fargo | $ | 30.00 | $ | 4,042.31 |
| 10/7/2020 | Wire Fees | Wells Fargo | $ | (30.00) | $ | 4,012.31 |
| 10/9/2020 | EMPLOYEE Health Insurance | Ron Chamness - Health Insurance | $ | 1,354.48 | $ | 5,366.79 |
| 10/9/2020 | EMPLOYEE Health Insurance | Craig Janies - Health Insurance | $ | 690.13 | $ | 6,056.92 |
| 10/14/2020 | US Trustee Quarterly Fees | US Trustee | $ | (325.00) | $ | 5,731.92 |
| 10/14/2020 | Office Expense - Shredding | ProShred | $ | (39.00) | $ | 5,692.92 |
| 10/16/2020 | EMPLOYEE Health Insurance | Memorial Hermann Health Insurar | $ | (2,044.61) | $ | 3,648.31 |
| 10/16/2020 | Refund of Nueces Electric Deposit (Enerfin El | Nueces Electric | $ | 734.07 | $ | 4,382.38 |
| 10/27/2020 | Enerfin Electricity | Nueces Electric | $ | (35.00) | $ | 4,347.38 |
| 10/27/2020 | Enerfin Electricity | Nueces Electric | $ | (15.21) | $ | 4,332.17 |
| 10/28/2020 | Enerfin Electricity | Nueces Electric | $ | (72.96) | $ | 4,259.21 |
| 10/28/2020 | Enerfin Electricity | Nueces Electric | $ | (23.46) | $ | 4,235.75 |

**CUMMINGS WESTLAKE LLC**
16410 N. Eldridge Pkwy
Tomball, TX  77377-9074 US
wjackson@cwlp.net

# Invoice



**CUMMINGS WESTLAKE**
P R O P E R T Y   T A X   A D V I S O R S

| BILL TO |
|---|
| Mr. Jeffrey Beicker |
| Permico Midstream Partners, LLC |
| 9301 Southwest Freeway, Suite 308 |
| Houston, TX  77074 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2666 | 09/04/2020 | $7,822.05 | 10/04/2020 | Net 30 | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2020 | **Service**<br>Phase 2 Chapter 313 Incentive Services (final 40% of $19,500 for Train 4) | 1 | 7,800.00 | 7,800.00 |
| 09/04/2020 | **Expense**<br>Expenses incurred per the attached detail | 1 | 22.05 | 22.05 |

Thanks for your business!

**BALANCE DUE**      **$7,822.05**



## CUMMINGS WESTLAKE
PROPERTY TAX ADVISORS

**EXPENSES FOR:**

# PERMICO ENERGIA

| Date | Description | Miles | Rate | Amount | Item |
|------|-------------|-------|------|--------|------|
| | *Other* | | | | |
| | Certified Mailings | | | 22.05 | 1 |
| | *Total: Other* | | $ | **22.05** | |
| | | | | | |
| | *Grand Total - Cummings Westlake LLC* | | $ | 22.05 | |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Nueces County Appraisal District
201 N. Chaparral St, Suite 206
Corpus Christi, TX 78401-2503

2020 Permico Ag APP

7018 3090 0000 2566 5604

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$    8.20

Total Pos
$

Sent To   Nueces County Appraisal District
Street an  201 N. Chaparral St, Suite 206
City, Stat Corpus Christi, TX 78401-2503

2020 Permico AG Apps (4)

PS Form

7018 3090 0000 2566 5611

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$    6.85

Total Po
$

Sent To   Dr. Jose Moreno, Superintendent
Robstown ISD
Street an  801 N. 1st St.
City, Sta  Robstown, TX 78380

2019 Permico Ext. Rea. App 1375

PS Form

7018 3090 0000 2566 5284

$22.05

EXHIBIT E
Unpaid Bills (Bankruptcy Filing through 10/31/2020)

| Date Debt Incurred | Who | Purpose | Amount | Due |
|---|---|---|---|---|
| 10/19/2020 | Moak & Casey | Ch 313 Annual Fee - Application 1304 | $ 6,000.00 | 11/19/2020 |
| 10/30/2020 | Moak & Casey | Ch 313 Annual Fee - Application 1303 | $ 6,000.00 | 11/30/2020 |
| 10/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 411.86 | 10/20/2020 |
| 10/20/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 10/20/2020 |
| 10/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 10/1/2020 |
| 10/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 10/31/2020 |
| 10/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 10/31/2020 |
| 10/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 10/31/2020 |
| 10/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 10/31/2020 |
| 10/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 10/31/2020 |
| 9/4/2020 | Cummings Westlake | Consulting Services - Ch 313 Tax | $ 7,822.05 | 10/4/2020 |
| 9/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 379.55 | 9/20/2020 |
| 9/20/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 9/20/2020 |
| 9/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 9/1/2020 |
| 9/15/2020 | Jeffrey Beicker | Fixed Asset - Computer Replacement | $ 766.82 | 9/15/2020 |
| 9/4/2020 | Jeffrey Beicker | Fixed Asset - Software | $ 29.99 | 9/4/2020 |
| 9/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 9/30/2020 |
| 9/30/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 9/30/2020 |
| 9/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 9/30/2020 |
| 9/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 9/30/2020 |
| 9/30/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 9/30/2020 |
| 8/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 381.96 | 8/20/2020 |
| 8/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 8/10/2020 |
| 8/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 8/1/2020 |
| 8/6/2020 | Jeffrey Beicker | Business License and Fees - TX RR Commission | $ 1,023.02 | 8/6/2020 |
| 8/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 8/31/2020 |
| 8/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 8/31/2020 |
| 8/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 8/31/2020 |
| 8/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 8/31/2020 |
| 8/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 8/31/2020 |
| 5/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/14/2020 |
| 6/30/2020 | Oso Development Partners | Program / ROW Management | $ 57,600.00 | 9/14/2020 |
| 7/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/8/2020 |
| 7/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 389.84 | 7/20/2020 |
| 7/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 7/10/2020 |
| 7/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 7/1/2020 |
| 7/10/2020 | Jeffrey Beicker | Office Expense - Nueces Electric CoOp | $ 15.00 | 7/10/2020 |
| 7/7/2020 | Jeffrey Beicker | Office Expense - Sharefile | $ 591.63 | 7/7/2020 |
| 7/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 7/31/2020 |
| 7/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 7/31/2020 |
| 7/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 7/31/2020 |
| 7/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 7/31/2020 |
| 7/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 7/31/2020 |
| 6/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 490.28 | 6/20/2020 |
| 6/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ 133.25 | 6/10/2020 |
| 6/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ 73.50 | 6/1/2020 |
| 6/11/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ 85.95 | 6/11/2020 |
| 6/2/2020 | Jeffrey Beicker | Office Expense - ProShred | $ 39.00 | 6/2/2020 |
| 6/29/2020 | Jeffrey Beicker | Office Expense - ProShred | $ 39.00 | 6/29/2020 |
| 6/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 6/30/2020 |
| 6/30/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 6/30/2020 |
| 6/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 6/30/2020 |
| 6/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 6/30/2020 |
| 6/30/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 6/30/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/15/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/15/2020 |
| 6/10/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/10/2020 |
| 5/20/2020 | Jeffrey Beicker | Office Expense - Intermedia | $ 442.67 | 5/20/2020 |

| | | | | | |
|---|---|---|---|---:|---|
| 5/10/2020 | Jeffrey Beicker | Office Expense - DropBox | $ | 133.25 | 5/10/2020 |
| 5/1/2020 | Jeffrey Beicker | Office Expense - Quickbooks | $ | 73.50 | 5/1/2020 |
| 5/29/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ | 176.71 | 5/29/2020 |
| 5/11/2020 | Jeffrey Beicker | Enerfin Electricty - NEC Co-Op Energy | $ | 86.58 | 5/11/2020 |
| 5/31/2020 | Jeffrey Beicker | 1099 Employee | $ | 30,000.00 | 5/31/2020 |
| 5/31/2020 | Charles Craig Janies | 1099 Employee | $ | 25,000.00 | 5/31/2020 |
| 5/31/2020 | Ronald Chamness | 1099 Employee | $ | 20,000.00 | 5/31/2020 |
| 5/31/2020 | Michael Sambasile | 1099 Employee | $ | 12,500.00 | 5/31/2020 |
| 5/31/2020 | Jordan Fickessen | 1099 Employee | $ | 10,000.00 | 5/31/2020 |
| 5/29/2020 | Contract Land Staff | ROW Office Maintenance | $ | 402.50 | 5/29/2020 |
| | | | $ | 780,578.87 | |

# Wells Fargo Simple Business Checking

October 31, 2020  ■  Page 1 of 5



PERMICO MIDSTREAM PARTNERS, LLC
BANKRUPTCY ESTATE
WILLIAM R GREENDYKE, CH. 11 TRUSTEE
CASE #20-32437 (STX)
9301 SOUTHWEST FWY STE 308
HOUSTON TX 77074-1431

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $9,828.24 |
| Deposits/Credits | 2,808.68 |
| Withdrawals/Debits | - 8,401.17 |
| **Ending balance on 10/31** | **$4,235.75** |
| Average ledger balance this period | $5,724.62 |

Account number:  **9900173056**

**PERMICO MIDSTREAM PARTNERS, LLC**
**BANKRUPTCY ESTATE**
**WILLIAM R GREENDYKE, CH. 11 TRUSTEE**
**CASE #20-32437 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN):  121000248

October 31, 2020 ■ Page 2 of 5



## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | | Nueces Electric Cons Coll 1912190014 Jeffrey F Beicker | | 14.35 | |
| 10/2 | | Nueces Electric Cons Coll 1912190015 Jeffrey F Beicker | | 122.16 | 9,691.73 |
| 10/7 | | Wire Trans Svc Charge - Sequence: 201007109189 Srf# 0078291281168451 Trn#201007109189 Rfb# | | 30.00 | |
| 10/7 | | Reversal of Wire Transfer Charges | 30.00 | | |
| 10/7 | | WT Fed#00431 Allegiance Bank /Ftr/Bnf=Merlyn Holdings Srf# 0078291281168451 Trn#201007109189 Rfb# | | 5,679.42 | 4,012.31 |
| 10/9 | | Mobile Deposit : Ref Number :016090534688 | 690.13 | | |
| 10/9 | | Mobile Deposit : Ref Number :116090534969 | 1,354.48 | | 6,056.92 |
| 10/14 | | WT Fed#07026 Allegiance Bank /Ftr/Bnf=Proshred Srf# Ow00000996982084 Trn#201014072915 Rfb# Ow00000996982084 | | 39.00 | |
| 10/14 | < | Business to Business ACH Debit - Quarterly Fee Payment 201013 0000 Permico Midstream Part | | 325.00 | 5,692.92 |
| 10/16 | | Mobile Deposit : Ref Number :009160630767 | 734.07 | | |
| 10/16 | | Memorial Hermann 7133384683 M42292505413 Permico Midstream Part | | 2,044.61 | 4,382.38 |
| 10/27 | < | Business to Business ACH Debit - Nueces Electric Web Pmts 102720 4Spn7F Permico Midstrea M Par | | 15.21 | |
| 10/27 | < | Business to Business ACH Debit - Nueces Electric Web Pmts 102720 5Spn7F Permico Midstrea M Par | | 35.00 | 4,332.17 |
| 10/28 | | Nueces Electric Cons Coll 1912190014 Jeffrey F Beicker | | 23.46 | |
| 10/28 | | Nueces Electric Cons Coll 1912190015 Jeffrey F Beicker | | 72.96 | 4,235.75 |
| **Ending balance on 10/31** | | | | | **4,235.75** |
| **Totals** | | | **$2,808.68** | **$8,401.17** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2020 - 10/31/2020 | | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | | $500.00 | $5,725.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

October 31, 2020   ■   Page 3 of 5



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**IMPORTANT ACCOUNT INFORMATION:**

**Your Wells Fargo Simple Business Checking account is changing.**

Effective November 9, 2020, the name of your account will change to Initiate Business Checking (SM). Other changes to your account are listed below.

**Effective with the fee period beginning after October 8, 2020,**         the $10 monthly service fee can be avoided with ONE of the following options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,**         other features of your account will change:

- Your account will include more Transactions at no charge, increasing from 50 to 100 each fee period. The fee for Transactions over 100 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.
- Your account will include more Cash Deposits Processing at no charge, increasing from $3,000 to $5,000 each fee period. The fee for Cash Deposits Processed over $5,000 remains at $0.30 per $100 deposited.

**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION



Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

October 31, 2020   ■   Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                       $ _____
register or transfers into                              $ _____
your account which are not                             $ _____
shown on your statement.                             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Permico Midstream Partners, LLC

**BK Checking, Period Ending 10/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 11/10/2020

Reconciled by: Jordan Fickessen

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                          USD

| | |
|---|---:|
| Statement beginning balance | 9,828.24 |
| Checks and payments cleared (11) | -8,401.17 |
| Deposits and other credits cleared (4) | 2,808.68 |
| Statement ending balance | 4,235.75 |
| | |
| Register balance as of 10/31/2020 | 4,235.75 |
| Cleared transactions after 10/31/2020 | 0.00 |
| Uncleared transactions after 10/31/2020 | -2,694.42 |
| Register balance as of 11/10/2020 | 1,541.33 |

**Details**

Checks and payments cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/02/2020 | Expense | | | -14.35 |
| 10/02/2020 | Expense | | | -122.16 |
| 10/07/2020 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 10/14/2020 | Expense | | Wells Fargo | -30.00 |
| 10/14/2020 | Expense | | ProShred Secutiry | -39.00 |
| 10/14/2020 | Expense | | US Trustee | -325.00 |
| 10/16/2020 | Expense | | | -2,044.61 |
| 10/27/2020 | Expense | | Nueces Electric | -15.21 |
| 10/27/2020 | Expense | | Nueces Electric | -35.00 |
| 10/28/2020 | Expense | | | -23.46 |
| 10/28/2020 | Expense | | | -72.96 |
| **Total** | | | | **-8,401.17** |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/07/2020 | Deposit | | | 30.00 |
| 10/09/2020 | Deposit | | | 1,354.48 |
| 10/09/2020 | Deposit | | | 690.13 |
| 10/16/2020 | Deposit | | Nueces Electric | 734.07 |
| **Total** | | | | **2,808.68** |

**Additional Information**

Uncleared checks and payments after 10/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/02/2020 | Expense | | Wells Fargo | -15.00 |
| 11/02/2020 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 11/02/2020 | Expense | | | -30.00 |
| 11/09/2020 | Expense | | | -2,044.61 |
| **Total** | | | | **-7,769.03** |

Uncleared deposits and other credits after 10/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/02/2020 | Deposit | | | 1,354.48 |
| 11/02/2020 | Deposit | | | 690.13 |
| 11/02/2020 | Deposit | | Jeffrey Beicker | 3,000.00 |
| 11/02/2020 | Deposit | | | 30.00 |
| **Total** | | | | **5,074.61** |

# Permico Midstream Partners, LLC

## PROFIT AND LOSS

### January - October, 2020

|  | TOTAL |
|---|---|
| Income |  |
|   Interest Income | 17.77 |
|   Other Income | 23,544.00 |
| **Total Income** | **$23,561.77** |
| GROSS PROFIT | **$23,561.77** |
| Expenses |  |
|   Bank Charges & Fees | 0.00 |
| **Total Expenses** | **$0.00** |
| NET OPERATING INCOME | **$23,561.77** |
| NET INCOME | **$23,561.77** |

# Permico Midstream Partners, LLC

BALANCE SHEET

As of October 31, 2020

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Bank of America Operating | 0.00 |
| BK Checking | 4,235.75 |
| Checking | 0.00 |
| Escrow Account | 0.00 |
| Savings | 0.00 |
| **Total Bank Accounts** | **$4,235.75** |
| Other Current Assets | |
| Prepaid Expenses | -967.56 |
| **Total Other Current Assets** | **$ -967.56** |
| **Total Current Assets** | **$3,268.19** |
| Fixed Assets | |
| Land | 2,558,165.71 |
| **Total Fixed Assets** | **$2,558,165.71** |
| Other Assets | |
| Development Costs - Fractionator | 2,369,782.30 |
| Development Costs - LPG Terminal | 1,515,912.00 |
| Development Costs - Overhead | 21,764,770.87 |
| Development Costs - PL Companero | 9,033,278.81 |
| Development Costs - PL Simpatico | 5,200,460.85 |
| Development Costs - Storage | 36,890.88 |
| Right of Use Asset | 15,052,500.00 |
| **Total Other Assets** | **$54,973,595.71** |
| **TOTAL ASSETS** | **$57,535,029.61** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 10,232,195.01 |
| **Total Accounts Payable** | **$10,232,195.01** |
| Other Current Liabilities | |
| Notes Payable - ST | 30,000,000.00 |
| **Total Other Current Liabilities** | **$30,000,000.00** |
| **Total Current Liabilities** | **$40,232,195.01** |
| **Total Liabilities** | **$40,232,195.01** |
| Equity | |
| Management Distribution | 356,979.94 |
| Opening Balance Equity | 10,756,178.88 |
| Retained Earnings | 77,954.01 |
| Series A Membership Interests | 6,088,160.00 |
| Net Income | 23,561.77 |
| **Total Equity** | **$17,302,834.60** |
| **TOTAL LIABILITIES AND EQUITY** | **$57,535,029.61** |