| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 20-32437

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____December 2020_____          Date report filed: __01/07/2021__
                                                                MM / DD / YYYY

Line of business: __Oil & Gas__          NAISC code: __2111__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Jordan Fickessen

Original signature of responsible party    /s/ Jordan Fickessen

Printed name of responsible party         Jordan Fickessen

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1.  Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2.  Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3.  Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4.  Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6.  Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7.  Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8.  Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9.  Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10.  Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11.  Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12.  Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13.  Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14.  Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15.  Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16.  Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC          Case number   20-32437

17.  Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $  1,435.16

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $  334,604.61

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          − $  162,094.08

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $  -2,800.59

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $  172,510.53

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24.  **Total payables**          $  1,046,153.6

*(Exhibit E)*

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC          Case number  20-32437

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                     $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                 _____ 0

27. What is the number of employees as of the date of this monthly report?                    _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                              $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?            $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
|   | **Projected** | | **Actual** | | **Difference** |
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 334,604.61 | = | $ -334,604.60 |
| 33. **Cash disbursements** | $ 6,579.42 | − | $ 162,094.08 | = | $ -155,515.00 |
| 34. **Net cash flow** | $ -6,579.42 | − | $ 172,510.53 | = | $ -490,120.00 |

35. Total projected cash receipts for the next month:                                          $ _____ 0.00

36. Total projected cash disbursements for the next month:                                   − $ _____ 6,579.42

37. Total projected net cash flow for the next month:                                        = $ _____ -6,579.42

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

Case number 20-32437

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBIT D**

| | | | | | |
|---|---|---|---|---|---|
| Beginning balance as of 12/01/2020 (3056) | | | | $ | 1,435.16 |
| Total credits | | | | $ | (162,094.08) |
| Total debits | | | | $ | 334,604.61 |
| Ending Balance (WF 3056) | | | | $ | 173,945.69 |

| Date | Description | Vendor | Amount | | Running Bal. |
|---|---|---|---|---|---|
| 11/1/2020 | Beginning balance as of 12/01/2020 | | | $ | 1,435.16 |
| 12/8/2020 | EMPLOYEE Health Insurance | Ron Chamness - Health Insurance | $ 1,354.48 | $ | 2,789.64 |
| 12/8/2020 | EMPLOYEE Health Insurance | Craig Janies - Health Insurance | $ 690.13 | $ | 3,479.77 |
| 12/9/2020 | Enerfin Electricity | Nueces Electric | $ (267.56) | $ | 3,212.21 |
| 12/10/2020 | Enerfin Electricity | Nueces Electric | $ (44.23) | $ | 3,167.98 |
| 12/14/2020 | EMPLOYEE Health Insurance | Memorial Herman | $ (2,044.61) | $ | 1,123.37 |
| 12/18/2020 | Enerfin Electricity | Nueces Electric | $ (6.09) | $ | 1,117.28 |
| 12/30/2020 | Wire Fees | Wells Fargo | $ (15.00) | $ | 1,102.28 |
| 12/30/2020 | DIP Funding | Integra Midstream Partners, LLC | $ 332,500.00 | $ | 333,602.28 |
| 12/31/2020 | May, June, July, .4x August 2020 Compensat | Craig Janies | $ (85,695.88) | $ | 247,906.40 |
| 12/31/2020 | May, June, July, .4x August 2020 Compensat | Jordan Fickessen | $ (34,781.29) | $ | 213,125.11 |
| 12/31/2020 | JB May 2020 Compensation | PUIG MONSEN & ASSOCIATES | $ (30,000.00) | $ | 183,125.11 |
| 12/31/2020 | Appraisal Services - Banking Fee | JLL Valuation and Advisory Services | $ (3,500.00) | $ | 179,625.11 |
| 12/31/2020 | January 2021 Rent | Merlyn Holdings | $ (5,679.42) | $ | 173,945.69 |
| 12/31/2020 | Wire Fees | Wells Fargo | $ 30.00 | $ | 173,975.69 |
| 12/31/2020 | Wire Fees | Wells Fargo | $ 30.00 | $ | 174,005.69 |
| 12/31/2020 | Reversal of Wire Fees | Wells Fargo | $ (30.00) | $ | 173,975.69 |
| 12/31/2020 | Reversal of Wire Fees | Wells Fargo | $ (30.00) | $ | 173,945.69 |

**EXHIBIT E**

Unpaid Bills (Bankruptcy Filing through 12/31/2020)

| Date Debt Incurred | Who | Purpose | Amount | Due |
|---|---|---|---|---|
| 12/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 12/31/2020 |
| 12/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 12/31/2020 |
| 12/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 12/31/2020 |
| 12/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 12/31/2020 |
| 12/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 12/31/2020 |
| 12/17/2020 | Balch & Bingham LLP | Legal Expense | $ 22,479.00 | 1/17/2021 |
| 12/1/2020 | Balch & Bingham LLP | Legal Expense | $ 44,050.00 | 12/31/2020 |
| 11/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 11/30/2020 |
| 11/30/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 11/30/2020 |
| 11/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 11/30/2020 |
| 11/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 11/30/2020 |
| 11/30/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 11/30/2020 |
| 11/17/2020 | ReedSmith | Legal Expense (Note - $300k pre-petition amount) | $ 159,636.10 | 12/17/2020 |
| 10/19/2020 | Moak & Casey | Ch 313 Annual Fee - Application 1304 | $ 6,000.00 | 11/19/2020 |
| 10/30/2020 | Moak & Casey | Ch 313 Annual Fee - Application 1303 | $ 6,000.00 | 11/30/2020 |
| 10/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 10/31/2020 |
| 10/31/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 10/31/2020 |
| 10/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 10/31/2020 |
| 10/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 10/31/2020 |
| 10/31/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 10/31/2020 |
| 9/4/2020 | Cummings Westlake | Consulting Services - Ch 313 Tax | $ 7,822.05 | 10/4/2020 |
| 9/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 9/30/2020 |
| 9/30/2020 | Charles Craig Janies | 1099 Employee | $ 25,000.00 | 9/30/2020 |
| 9/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 9/30/2020 |
| 9/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 9/30/2020 |
| 9/30/2020 | Jordan Fickessen | 1099 Employee | $ 10,000.00 | 9/30/2020 |
| 8/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 8/31/2020 |
| 8/31/2020 | Charles Craig Janies | 1099 Employee | $ 15,000.00 | 8/31/2020 |
| 8/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 8/31/2020 |
| 8/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 8/31/2020 |
| 8/31/2020 | Jordan Fickessen | 1099 Employee | $ 6,000.00 | 8/31/2020 |
| 5/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/14/2020 |
| 6/30/2020 | Oso Development Partners | Program / ROW Management | $ 57,600.00 | 9/14/2020 |
| 7/31/2020 | Oso Development Partners | Program / ROW Management | $ 54,720.00 | 9/8/2020 |
| 7/31/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 7/31/2020 |
| 7/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 7/31/2020 |
| 7/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 7/31/2020 |
| 6/30/2020 | Jeffrey Beicker | 1099 Employee | $ 30,000.00 | 7/31/2020 |
| 6/30/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 6/30/2020 |
| 6/30/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 6/30/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/24/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| 6/15/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/15/2020 |
| 6/10/2020 | Contract Land Staff | ROW Office Maintenance | $ 430.99 | 6/10/2020 |
| 5/31/2020 | Ronald Chamness | 1099 Employee | $ 20,000.00 | 5/31/2020 |
| 5/31/2020 | Michael Sambasile | 1099 Employee | $ 12,500.00 | 5/31/2020 |
| 5/29/2020 | Contract Land Staff | ROW Office Maintenance | $ 402.50 | 5/29/2020 |
| | | | $ 1,046,153.61 | |

# Initiate Business Checking℠

December 31, 2020   ■   Page 1 of 4



PERMICO MIDSTREAM PARTNERS, LLC
BANKRUPTCY ESTATE
WILLIAM R GREENDYKE, CH. 11 TRUSTEE
CASE #20-32437 (STX)
9301 SOUTHWEST FWY STE 308
HOUSTON TX 77074-1431

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $1,435.16 |
| Deposits/Credits | 334,604.61 |
| Withdrawals/Debits | - 162,094.08 |
| **Ending balance on 12/31** | **$173,945.69** |

Account number:  **9900173056**

**PERMICO MIDSTREAM PARTNERS, LLC**
**BANKRUPTCY ESTATE**
**WILLIAM R GREENDYKE, CH. 11 TRUSTEE**
**CASE #20-32437 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

December 31, 2020 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/8 | | Mobile Deposit : Ref Number :709080064770 | 690.13 | | |
| 12/8 | | Mobile Deposit : Ref Number :609080064713 | 1,354.48 | | 3,479.77 |
| 12/9 | < | Business to Business ACH Debit - Nueces Electric Web Pmts 120920 B253Hf Permico Midstrea M Par | | 267.56 | 3,212.21 |
| 12/10 | | Nueces Electric Cons Coll 1912190015 Jeffrey F Beicker | | 44.23 | 3,167.98 |
| 12/14 | | Memorial Hermann 7133384683 M62726926345 Permico Midstream Part | | 2,044.61 | 1,123.37 |
| 12/18 | | Nueces Electric Cons Coll 1912190014 Jeffrey F Beicker | | 6.09 | 1,117.28 |
| 12/30 | | WT Fed#06004 Jpmorgan Chase Ban /Org=Integra Midstream Partners, LLC Srf# 1605000365Es Trn#201230261574 Rfb# Os1 of 20/12/30 | 332,500.00 | | |
| 12/30 | | Wire Trans Svc Charge - Sequence: 201230261574 Srf# 1605000365Es Trn#201230261574 Rfb# Os1 of 20/12/30 | | 15.00 | 333,602.28 |
| 12/31 | | Wire Trans Svc Charge - Sequence: 201231249146 Srf# 0078291366445278 Trn#201231249146 Rfb# | | 30.00 | |
| 12/31 | | Wire Trans Svc Charge - Sequence: 201231250134 Srf# 0078291366358278 Trn#201231250134 Rfb# | | 30.00 | |
| 12/31 | | Reversal of Wire Transfer Charges | 30.00 | | |
| 12/31 | | Reversal of Wire Transfer Charges | 30.00 | | |
| 12/31 | | WT Fed#04574 Allegiance Bank /Ftr/Bnf=Merlyn Holdings Srf# 0078291366445278 Trn#201231249146 Rfb# | | 5,679.42 | |
| 12/31 | | WT Fed#05054 Bmo Harris Bank NA /Ftr/Bnf=Jll Valuation and Advisory Services Srf# 0078291366358278 Trn#201231250134 Rfb# | | 3,500.00 | |
| 12/31 | | Jeffrey Beicker (Compensation Expense Fee) | | 30,000.00 | |
| 12/31 | | Comp Exp (3.4 Mos) and 2020 Exp Reimb | | 34,781.29 | |
| 12/31 | | Comp Exp (3.4 Mos) and 2020 Exp Reimb | | 85,695.88 | 173,945.69 |
| **Ending balance on 12/31** | | | | | 173,945.69 |
| **Totals** | | | **$334,604.61** | **$162,094.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $1,000.00 | $17,899.00 | ☑ |
| · Minimum daily balance | $500.00 | $1,117.28 | ☑ |

C1/C1

December 31, 2020  ■  Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into           $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Permico Midstream Partners, LLC

**BK Checking, Period Ending 12/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 01/06/2021

Reconciled by: Jordan Fickessen

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                     USD

| | |
|---|---|
| Statement beginning balance | 1,435.16 |
| Checks and payments cleared (18) | -162,034.08 |
| Deposits and other credits cleared (3) | 334,544.61 |
| Statement ending balance | 173,945.69 |
| | |
| Uncleared transactions as of 12/31/2020 | -15.00 |
| Register balance as of 12/31/2020 | 173,930.69 |
| Cleared transactions after 12/31/2020 | 0.00 |
| Uncleared transactions after 12/31/2020 | -159,120.16 |
| Register balance as of 01/06/2021 | 14,810.53 |

**Details**

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/09/2020 | Expense | | Nueces Electric | -267.56 |
| 12/10/2020 | Expense | | Nueces Electric | -44.23 |
| 12/14/2020 | Expense | | Nueces Electric | -2,044.61 |
| 12/18/2020 | Expense | | Nueces Electric | -6.09 |
| 12/30/2020 | Expense | | Wells Fargo | -15.00 |
| 12/31/2020 | Expense | | JLL Valuation and Advisory Services | -3,500.00 |
| 12/31/2020 | Bill Payment | | Charles Craig Janies | -25,000.00 |
| 12/31/2020 | Bill Payment | | Charles Craig Janies | -25,000.00 |
| 12/31/2020 | Bill Payment | | Charles Craig Janies | -10,000.00 |
| 12/31/2020 | Bill Payment | | Charles Craig Janies | -25,000.00 |
| 12/31/2020 | Bill Payment | | Charles Craig Janies | -695.88 |
| 12/31/2020 | Expense | | Lavin Puig PLLC | -30,000.00 |
| 12/31/2020 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 12/31/2020 | Bill Payment | | Jordan Aaron Fickessen | -10,000.00 |
| 12/31/2020 | Bill Payment | | Jordan Aaron Fickessen | -781.29 |
| 12/31/2020 | Bill Payment | | Jordan Aaron Fickessen | -4,000.00 |
| 12/31/2020 | Bill Payment | | Jordan Aaron Fickessen | -10,000.00 |
| 12/31/2020 | Bill Payment | | Jordan Aaron Fickessen | -10,000.00 |

| Total | | | | -162,034.08 |
|---|---|---|---|---|

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/08/2020 | Deposit | | | 690.13 |
| 12/08/2020 | Deposit | | | 1,354.48 |
| 12/30/2020 | Deposit | | Corpac Steel Products | 332,500.00 |

| Total | | | | 334,544.61 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 12/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/02/2020 | Expense | | Wells Fargo | -15.00 |

| Total | | | | -15.00 |
|---|---|---|---|---|

Uncleared checks and payments after 12/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/04/2021 | Bill Payment | | Michael J Sambasile | -12,500.00 |
| 01/04/2021 | Bill Payment | | Michael J Sambasile | -12,500.00 |
| 01/04/2021 | Bill Payment | | Michael J Sambasile | -12,500.00 |
| 01/04/2021 | Bill Payment | | Michael J Sambasile | -600.00 |
| 01/04/2021 | Bill Payment | | Ronald E Chamness | -794.72 |
| 01/04/2021 | Bill Payment | | Ronald E Chamness | -8,000.00 |
| 01/04/2021 | Bill Payment | | Ronald E Chamness | -20,000.00 |
| 01/04/2021 | Bill Payment | | Ronald E Chamness | -20,000.00 |
| 01/04/2021 | Bill Payment | | Railroad Commission of Texas | -20,920.00 |
| 01/04/2021 | Bill Payment | | Railroad Commission of Texas | -1,200.00 |
| 01/04/2021 | Bill Payment | | Railroad Commission of Texas | -1,200.00 |
| 01/04/2021 | Bill Payment | | Conquista Energy, LLC | -14,358.84 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -1,203.22 |
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -912.71 |
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -860.98 |
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -1,611.73 |
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -1,383.11 |
| 01/04/2021 | Bill Payment | | Michael J Sambasile | -5,000.00 |
| 01/04/2021 | Bill Payment | | Jeffrey Beicker | -3,574.85 |
| 01/04/2021 | Bill Payment | | Ronald E Chamness | -20,000.00 |
| Total | | | | -159,120.16 |

# Permico Midstream Partners, LLC

### PROFIT AND LOSS

December 2020

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| Bank Charges & Fees | 15.00 |
| **Total Expenses** | **$15.00** |
| NET OPERATING INCOME | **$ -15.00** |
| NET INCOME | **$ -15.00** |

# Permico Midstream Partners, LLC

## BALANCE SHEET

As of December 31, 2020

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Bank of America Operating | 0.00 |
| BK Checking | 173,930.69 |
| Checking | 0.00 |
| Escrow Account | 0.00 |
| Savings | 0.00 |
| **Total Bank Accounts** | **$173,930.69** |
| Other Current Assets | |
| Prepaid Expenses | -967.56 |
| **Total Other Current Assets** | **$ -967.56** |
| **Total Current Assets** | **$172,963.13** |
| Fixed Assets | |
| Land | 2,558,165.71 |
| **Total Fixed Assets** | **$2,558,165.71** |
| Other Assets | |
| Development Costs - Fractionator | 2,369,782.30 |
| Development Costs - LPG Terminal | 1,515,912.00 |
| Development Costs - Overhead | 22,332,571.67 |
| Development Costs - PL Companero | 12,252,056.73 |
| Development Costs - PL Simpatico | 8,354,441.00 |
| Development Costs - Storage | 36,890.88 |
| Right of Use Asset | 15,052,500.00 |
| **Total Other Assets** | **$61,914,154.58** |
| **TOTAL ASSETS** | **$64,645,283.42** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 17,006,978.82 |
| **Total Accounts Payable** | **$17,006,978.82** |
| Other Current Liabilities | |
| Notes Payable - ST | 30,332,500.00 |
| **Total Other Current Liabilities** | **$30,332,500.00** |
| **Total Current Liabilities** | **$47,339,478.82** |
| **Total Liabilities** | **$47,339,478.82** |
| Equity | |
| Management Distribution | 359,979.94 |
| Opening Balance Equity | 10,756,178.88 |
| Retained Earnings | 77,954.01 |
| Series A Membership Interests | 6,088,160.00 |
| Net Income | 23,531.77 |
| **Total Equity** | **$17,305,804.60** |
| **TOTAL LIABILITIES AND EQUITY** | **$64,645,283.42** |