**Fill in this information to identify the case:**

Debtor Name ___Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC___

United States Bankruptcy Court for the: Southern District of Texas

Case number: ___20-32437___

☐ Check if this is an
    amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: ___March 2021___

Line of business: ___Oil & Gas___

Date report filed: ___04/05/2021___
MM / DD / YYYY

NAISC code: ___2111___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Jordan Fickessen___

Original signature of responsible party ___/s/ Jordan Fickessen___

Printed name of responsible party ___Jordan Fickessen___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC          Case number  20-32437

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 17,069.88

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 1,551.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 8,535.72

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -6,984.72

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 10,088.16

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 1,160,512.7

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC       Case number  20-32437

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          _____ 0

27. What is the number of employees as of the date of this monthly report?              _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* <br> **Projected** <br><br> Copy lines 35-37 from the previous month's report. | − | *Column B* <br> **Actual** <br><br> Copy lines 20-22 of this report. | = | *Column C* <br> **Difference** <br><br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 1,551.00 | = | $ -1,551.00 |
| 33. **Cash disbursements** | $ 6,579.42 | − | $ 8,532.72 | = | $ -1,953.30 |
| 34. **Net cash flow** | $ -6,579.42 | − | $ 10,083.72 | = | $ -3,504.30 |

35. Total projected cash receipts for the next month:                          $ _____ 0.00

36. Total projected cash disbursements for the next month:                   − $ _____ 6,579.42

37. Total projected net cash flow for the next month:                         = $ _____ -6,579.42

Debtor Name  Permico Midstream Partners Holdings, LLC and Permico Midstream Partners, LLC

Case number 20-32437

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit B

The bank accounts are in the process of being converted or transferred to Chapter 11 estate accounts.

**EXHIBIT D**

| | | |
|---|---|---|
| Beginning balance as of 03/01/2021 (3056) | $ | 17,069.88 |
| Total credits | $ | (8,532.72) |
| Total debits | $ | 1,551.00 |
| Ending Balance (WF 3056) | $ | 10,088.16 |

| Date | Description | Vendor | Amount | | Running Bal. |
|---|---|---|---|---|---|
| 3/1/2021 | Beginning balance as of 03/01/2021 | | | $ | 17,069.88 |
| 3/31/2021 | Office Expense | Craig Janies | $ (75.00) | $ | 16,994.88 |
| 3/31/2021 | Office Expense | Jordan Fickessen | $ (75.00) | $ | 16,919.88 |
| 3/31/2021 | Rent Expense | Merlyn Holdings | $ (5,679.42) | $ | 11,240.46 |
| 3/31/2021 | Banking Fees | Wells Fargo | $ 30.00 | $ | 11,270.46 |
| 3/31/2021 | Reversal of Banking Fees | Wells Fargo | $ (30.00) | $ | 11,240.46 |
| 3/29/2021 | Enerfin Energy Expense | Nueces Electric | $ (145.98) | $ | 11,094.48 |
| 3/29/2021 | Enerfin Energy Expense | Nueces Electric | $ (91.96) | $ | 11,002.52 |
| 3/11/2021 | EMPLOYEE Health Insurance | Memorial Hermann | $ (2,285.36) | $ | 8,717.16 |
| 3/9/2021 | Office Expense | Ronald Chamness | $ (75.00) | $ | 8,642.16 |
| 3/5/2021 | EMPLOYEE Health Insurance | Health Insurance Reimbursement - Ronald Chamness | $ 1,521.00 | $ | 10,163.16 |
| 3/2/2021 | Office Expense | Michael Sambasile | $ (75.00) | $ | 10,088.16 |

**EXHIBIT E**
Unpaid Bills (Bankruptcy Filing through 3/31/2021)

| Date Debt Incurred | Who |
| --- | --- |
| 3/3/2021 | Jeffrey Beicker |
| 3/31/2021 | Charles Craig Janies |
| 3/31/2021 | Ronald Chamness |
| 3/31/2021 | Michael Sambasile |
| 3/31/2021 | Jordan Fickessen |
| 3/31/2021 | Balch & Bingham LLP |
| 2/28/2021 | Jeffrey Beicker |
| 2/28/2021 | Charles Craig Janies |
| 2/28/2021 | Ronald Chamness |
| 2/28/2021 | Michael Sambasile |
| 2/28/2021 | Jordan Fickessen |
| 2/28/2021 | Balch & Bingham LLP |
| 1/28/2021 | Balch & Bingham LLP |
| 1/31/2021 | Jeffrey Beicker |
| 1/31/2021 | Charles Craig Janies |
| 1/31/2021 | Ronald Chamness |
| 1/31/2021 | Michael Sambasile |
| 1/31/2021 | Jordan Fickessen |
| 12/31/2020 | Jeffrey Beicker |
| 12/31/2020 | Charles Craig Janies |
| 12/31/2020 | Ronald Chamness |
| 12/31/2020 | Michael Sambasile |
| 12/31/2020 | Jordan Fickessen |
| 12/17/2020 | Balch & Bingham LLP |
| 12/1/2020 | Balch & Bingham LLP |
| 11/30/2020 | Jeffrey Beicker |
| 11/30/2020 | Charles Craig Janies |
| 11/30/2020 | Ronald Chamness |
| 11/30/2020 | Michael Sambasile |
| 11/30/2020 | Jordan Fickessen |
| 11/17/2020 | ReedSmith |
| 10/19/2020 | Moak & Casey |
| 10/30/2020 | Moak & Casey |
| 10/31/2020 | Jeffrey Beicker |
| 10/31/2020 | Charles Craig Janies |
| 10/31/2020 | Ronald Chamness |
| 10/31/2020 | Michael Sambasile |
| 10/31/2020 | Jordan Fickessen |
| 9/4/2020 | Cummings Westlake |
| 9/30/2020 | Jeffrey Beicker |
| 8/31/2020 | Jeffrey Beicker |
| 5/31/2020 | Oso Development Partners |
| 6/30/2020 | Oso Development Partners |
| 7/31/2020 | Oso Development Partners |
| 7/31/2020 | Jeffrey Beicker |
| 6/24/2020 | Contract Land Staff |
| 6/24/2020 | Contract Land Staff |
| 6/15/2020 | Contract Land Staff |
| 6/10/2020 | Contract Land Staff |
| 5/29/2020 | Contract Land Staff |

| Purpose | Amount | Due |
|---|---|---|
| 1099 Employee | $ 30,000.00 | 3/31/2021 |
| 1099 Employee | $ 25,000.00 | 3/31/2021 |
| 1099 Employee | $ 20,000.00 | 3/31/2021 |
| 1099 Employee | $ 12,500.00 | 3/31/2021 |
| 1099 Employee | $ 10,000.00 | 3/31/2021 |
| 1099 Employee | $ 51,282.50 | 3/31/2021 |
| 1099 Employee | $ 30,000.00 | 2/28/2021 |
| 1099 Employee | $ 25,000.00 | 2/28/2021 |
| 1099 Employee | $ 20,000.00 | 2/28/2021 |
| 1099 Employee | $ 12,500.00 | 2/28/2021 |
| 1099 Employee | $ 10,000.00 | 2/28/2021 |
| 1099 Employee | $ 28,685.00 | 2/28/2021 |
| Legal Expense | $ 20,766.63 | 1/28/2021 |
| 1099 Employee | $ 30,000.00 | 1/31/2021 |
| 1099 Employee | $ 25,000.00 | 1/31/2021 |
| 1099 Employee | $ 20,000.00 | 1/31/2021 |
| 1099 Employee | $ 12,500.00 | 1/31/2021 |
| 1099 Employee | $ 10,000.00 | 1/31/2021 |
| 1099 Employee | $ 30,000.00 | 12/31/2020 |
| 1099 Employee | $ 25,000.00 | 12/31/2020 |
| 1099 Employee | $ 20,000.00 | 12/31/2020 |
| 1099 Employee | $ 12,500.00 | 12/31/2020 |
| 1099 Employee | $ 10,000.00 | 12/31/2020 |
| Legal Expense | $ 22,479.00 | 1/17/2021 |
| Legal Expense | $ 44,050.00 | 12/31/2020 |
| 1099 Employee | $ 30,000.00 | 11/30/2020 |
| 1099 Employee | $ 25,000.00 | 11/30/2020 |
| 1099 Employee | $ 20,000.00 | 11/30/2020 |
| 1099 Employee | $ 12,500.00 | 11/30/2020 |
| 1099 Employee | $ 10,000.00 | 11/30/2020 |
| Legal Expense (Note - $300k pre-petition amount) | $ 159,636.10 | 12/17/2020 |
| Ch 313 Annual Fee - Application 1304 | $ 6,000.00 | 11/19/2020 |
| Ch 313 Annual Fee - Application 1303 | $ 6,000.00 | 11/30/2020 |
| 1099 Employee | $ 30,000.00 | 10/31/2020 |
| 1099 Employee | $ 13,750.00 | 10/31/2020 |
| 1099 Employee | $ 11,000.00 | 10/31/2020 |
| 1099 Employee | $ 6,875.00 | 10/31/2020 |
| 1099 Employee | $ 5,500.00 | 10/31/2020 |
| Consulting Services - Ch 313 Tax | $ 7,822.05 | 10/4/2020 |
| 1099 Employee | $ 30,000.00 | 9/30/2020 |
| 1099 Employee | $ 30,000.00 | 8/31/2020 |
| Program / ROW Management | $ 54,720.00 | 9/14/2020 |
| Program / ROW Management | $ 57,600.00 | 9/14/2020 |
| Program / ROW Management | $ 54,720.00 | 9/8/2020 |
| 1099 Employee | $ 30,000.00 | 7/31/2020 |
| ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| ROW Office Maintenance | $ 430.99 | 6/24/2020 |
| ROW Office Maintenance | $ 430.99 | 6/15/2020 |
| ROW Office Maintenance | $ 430.99 | 6/10/2020 |
| ROW Office Maintenance | $ 402.50 | 5/29/2020 |

$   1,160,512.74

# Initiate Business Checking<sup>SM</sup>

March 31, 2021 ■ Page 1 of 4



PERMICO MIDSTREAM PARTNERS, LLC
BANKRUPTCY ESTATE
WILLIAM R GREENDYKE, CH. 11 TRUSTEE
CASE #20-32437 (STX)
9301 SOUTHWEST FWY STE 308
HOUSTON TX 77074-1431

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

March 31, 2021 ■ Page 2 of 4



## Statement period activity summary

| | | |
|---|---|---|
| Beginning balance on 3/1 | | $17,069.88 |
| Deposits/Credits | | 1,551.00 |
| Withdrawals/Debits | | - 8,532.72 |
| **Ending balance on 3/31** | | **$10,088.16** |

Account number: **9900173056**

**PERMICO MIDSTREAM PARTNERS, LLC**
**BANKRUPTCY ESTATE**
**WILLIAM R GREENDYKE, CH. 11 TRUSTEE**
**CASE #20-32437 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | 1018 | Check | | 75.00 | 16,994.88 |
| 3/5 | | Mobile Deposit : Ref Number :506050503887 | 1,521.00 | | 18,515.88 |
| 3/9 | 1019 | Check | | 75.00 | 18,440.88 |
| 3/11 | | Memorial Hermann 7133384683 M62898487502 Permico Midstream Part | | 2,285.36 | 16,155.52 |
| 3/29 | < | Business to Business ACH Debit - Nueces Electric Web Pmts 032921 Nxzg3G Permico Midstrea M Par | | 91.96 | |
| 3/29 | < | Business to Business ACH Debit - Nueces Electric Web Pmts 032921 710H3G Permico Midstrea M Par | | 145.98 | 15,917.58 |
| 3/31 | | Wire Trans Svc Charge - Sequence: 210331255395 Srf# 0078291090041785 Trn#210331255395 Rfb# | | 30.00 | |
| 3/31 | | Reversal of Wire Transfer Charges | 30.00 | | |
| 3/31 | | WT Fed#03026 Allegiance Bank /Ftr/Bnf=Merlyn Holdings Srf# 0078291090041785 Trn#210331255395 Rfb# | | 5,679.42 | |
| 3/31 | | Transfer to Another WF Account 4264 March 2021 Exp Reimb | | 75.00 | |
| 3/31 | | Transfer to Another WF Account 7799 March 2021 Exp Reimb | | 75.00 | 10,088.16 |
| **Ending balance on 3/31** | | | | | **10,088.16** |
| **Totals** | | | **$1,551.00** | **$8,532.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1018 | 3/2 | 75.00 | 1019 | 3/9 | 75.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |

March 31, 2021  ▪  Page 3 of 4



---

***Monthly service fee summary (continued)***

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $16,507.00 ☑ |
| · Minimum daily balance | $500.00 | $10,088.16 ☑ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

March 31, 2021 ■ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                                      $ _____
your account which are not                                   $ _____
shown on your statement.                                  + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $. _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** |  | $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Permico Midstream Partners, LLC

**BK Checking, Period Ending 03/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 04/05/2021

Reconciled by: Jordan Fickessen

Any changes made to transactions after this date aren't included in this report.

**Summary**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USD

| | |
|---|---:|
| Statement beginning balance | 17,069.88 |
| Checks and payments cleared (9) | -8,532.72 |
| Deposits and other credits cleared (2) | 1,551.00 |
| Statement ending balance | 10,088.16 |
| | |
| Uncleared transactions as of 03/31/2021 | -30.00 |
| Register balance as of 03/31/2021 | 10,058.16 |

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/02/2021 | Check | 1018 | Ronald E Chamness | -75.00 |
| 03/09/2021 | Check | 1019 | Michael J Sambasile | -75.00 |
| 03/11/2021 | Expense | | | -2,285.36 |
| 03/29/2021 | Expense | | Nueces Electric | -91.96 |
| 03/29/2021 | Expense | | Nueces Electric | -145.98 |
| 03/31/2021 | Expense | | Charles Craig Janies | -75.00 |
| 03/31/2021 | Expense | | Merlyn Holdings, LLC | -5,679.42 |
| 03/31/2021 | Expense | | Jordan Aaron Fickessen | -75.00 |
| 03/31/2021 | Expense | | | -30.00 |
| **Total** | | | | **-8,532.72** |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/05/2021 | Deposit | | | 1,521.00 |
| 03/31/2021 | Deposit | | | 30.00 |
| **Total** | | | | **1,551.00** |

**Additional Information**

Uncleared checks and payments as of 03/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 02/26/2021 | Expense | | | -30.00 |
| **Total** | | | | **-30.00** |

# Permico Midstream Partners, LLC

### Profit and Loss

March 2021

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
|   Bank Charges & Fees | 0.00 |
| **Total Expenses** | **$0.00** |
| NET OPERATING INCOME | **$0.00** |
| NET INCOME | **$0.00** |

# Permico Midstream Partners, LLC

## Balance Sheet

### As of March 31, 2021

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Bank of America Operating | 0.00 |
| BK Checking | 10,058.16 |
| Checking | 0.00 |
| Escrow Account | 0.00 |
| Savings | 0.00 |
| **Total Bank Accounts** | **$10,058.16** |
| Other Current Assets | |
| Prepaid Expenses | 1,077.05 |
| **Total Other Current Assets** | **$1,077.05** |
| **Total Current Assets** | **$11,135.21** |
| Fixed Assets | |
| Land | 2,558,165.71 |
| **Total Fixed Assets** | **$2,558,165.71** |
| Other Assets | |
| Development Costs - Fractionator | 2,370,163.55 |
| Development Costs - LPG Terminal | 1,515,912.00 |
| Development Costs - Overhead | 22,708,873.47 |
| Development Costs - PL Companero | 12,253,081.44 |
| Development Costs - PL Simpatico | 8,354,441.00 |
| Development Costs - Storage | 36,890.88 |
| Right of Use Asset | 15,052,500.00 |
| **Total Other Assets** | **$62,291,862.34** |
| **TOTAL ASSETS** | **$64,861,163.26** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 16,847,858.66 |
| **Total Accounts Payable** | **$16,847,858.66** |
| Other Current Liabilities | |
| Notes Payable - ST | 30,707,500.00 |
| **Total Other Current Liabilities** | **$30,707,500.00** |
| **Total Current Liabilities** | **$47,555,358.66** |
| **Total Liabilities** | **$47,555,358.66** |
| Equity | |
| Management Distribution | 359,979.94 |
| Opening Balance Equity | 10,756,178.88 |
| Retained Earnings | 101,500.78 |
| Series A Membership Interests | 6,088,160.00 |
| Net Income | -15.00 |
| **Total Equity** | **$17,305,804.60** |
| **TOTAL LIABILITIES AND EQUITY** | **$64,861,163.26** |