United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS | § | Case No. 20-32437 (MI) |
| HOLDINGS, LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[2] | § | |

**ORDER AUTHORIZING THE TRUSTEE TO FILE UNDER SEAL CERTAIN
EXHIBITS IN CONNECTION WITH THE CONFIRMATION HEARING**
[Relates to Dkt. No. 320]

Upon the motion (the "Motion")[3] filed by William R. Greendyke, the Court-appointed

chapter 11 trustee (the "Trustee") for Permico Midstream Partners Holdings, LLC and Permico

Midstream Partners LLC (collectively, the "Debtors") for entry of an order (this "Order"),

(a) authorizing the Trustee to file the Sealed Exhibits under seal and (b) directing that the Sealed

Exhibits shall remain under seal and confidential and not be made available to anyone, without the

prior written consent of both the Trustee and Permico Energia LLC, except to (i) the Court, (ii) the

U.S. Trustee, and (iii) any other party as may be ordered by the Court or agreed to by the Debtor

and Permico Energia LLC in each case under appropriate confidentiality agreements reasonably

satisfactory to the Trustee and Permico Energia LLC that preserve the confidentiality of the Sealed

Exhibits (and any information derived therefrom), and (c) granting related relief; and this Court

having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final

may enter a final order consistent with Article III of the United States Constitution; and this Court

having found that venue of this proceeding and the Motion in this district is proper pursuant to 28

---

[2] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

[3] Capitalized terms used but not otherwise defined herein have the meanings given them in this Motion.

U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Trustee is authorized to file under seal the Sealed Exhibits. The Sealed Exhibits shall remain confidential, and shall not be made available to anyone, other than as provided in paragraph 2 of this Order, without the prior written consent of the Trustee and Permico Energia LLC or further order of the Court.

2.      The Trustee is authorized to cause the Sealed Exhibits to be served on and made available, on a confidential basis, to: (a) the Court; (b) the U.S. Trustee; and (c) any other party as may be ordered by the Court or agreed to by the Trustee and Permico Energia LLC in each case under appropriate confidentiality agreements reasonably satisfactory to the Trustee and Permico Energia LLC that preserve the confidentiality of the Sealed Exhibits (and any information derived therefrom).

3.      The Trustee and any party authorized to receive the Sealed Exhibits shall be authorized and directed, subject to Bankruptcy Local Rule 9037-1, to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

- 9 -

5.     The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 10, 2021

_____
Marvin Isgur
United States Bankruptcy Judge