United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC, *et al.*, | § § § | Case No. 20-32437 (MI) |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**JOINT STIPULATION AND AGREED ORDER EXTENDING THE MILESTONE
DATE FOR THE TOGGLE 1 PLAN EFFECTIVE DATE**

William R. Greendyke, the Court-appointed chapter 11 trustee (the "Trustee") for Permico Midstream Partners Holdings, LLC and Permico Midstream Partners (collectively, the "Debtors"), Permico Energia, LLC ("Energia"), Corpac Steel Product Corporation ("Corpac"), HGC Midstream Inv LLC ("HGC"), and Edgen Murray Corporation ("Edgen," together with the Trustee, Energia, Corpac, and HGC, the "Parties") hereby enter into this joint stipulation and agreed order (the "Stipulation and Agreed Order") as follows:

**WHEREAS**, on May 24, 2021, the Parties agreed to a plan settlement term sheet providing for a consensual plan process for these cases (the "Plan Settlement Term Sheet");

**WHEREAS**, the Plan Settlement Term Sheet provided certain milestone dates, including a September 22, 2021 effective date for the Toggle 1 Plan (the "Effective Date Milestone");

**WHEREAS**, the Plan Settlement Term Sheet further provided that milestone dates, including the Effective Date Milestone could be extended by agreement of the Parties;

**WHEREAS**, on June 25, 2021, the Parties filed their *Combined Disclosure Statement and*

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

*Joint Chapter 11 Plan of Permico Midstream Partners Holdings, LLC, Et. al.* [Dkt. No. 266] (the "Plan"),[2] incorporating and implementing the terms of the Plan Settlement Term Sheet;

**WHEREAS**, on August 20, 2021, the Court entered its *Findings of Fact, Conclusions of Law, and Order Approving Combined Disclosure Statement on a Final Basis and Confirming Joint Chapter 11 Plan of Permico Midstream Partners Holdings, LLC et al.* [Dkt. No. 324] (the "Confirmation Order");

**WHEREAS**, the Parties have agreed to extend the Effective Date Milestone date until and through October 29, 2021.

**NOW, THEREFORE, IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The Plan Effective Date and the Effective Date Milestone for the Toggle 1 Plan is extended to and through October 29, 2021 by agreement of the Parties and pursuant to the terms of the Plan Settlement Term Sheet, as incorporated by the Plan.

2. No other date or deadline set forth in the Plan Settlement Term Sheet, Plan, or Confirmation Order shall be amended by this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Signed: September 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meaning set forth in the Plan.

**IT IS SO STIPULATED:**

Date: September 28, 2021

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Bob B. Bruner*
Jason L. Boland (SBT 24040542)
Bob B. Bruner (SBT 24062637)
Julie Goodrich Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax: (713) 651-5246
Email:
jason.boland@nortonrosefulbright.com
Email: bob.bruner@nortonrosefulbright.com
Email:
julie.harrison@nortonrosefulbright.com

*Counsel to William R. Greendyke,
Chapter 11 Trustee*

**ALVAREZ STAUFFER BREMER PLLC**

*/s/ Graig J. Alvarez*
Graig J. Alvarez (SBT 24001647)
815 Walker St., Suite 1450
Houston, Texas 77002
Telephone: (713) 351-0300
Facsimile: (713) 351-0320
Email: Graig.Alvarez@asb-lawfirm.com

**-**and-

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol
jprol@lowenstein.com
Bruce S. Nathan
bnathan@lowenstein.com
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
*Counsel to Edgen Murray Corporation*

**ROSENTHAL LAW FIRM, P.L.L.C.**

*/s/ Trent L. Rosenthal*
Trent L. Rosenthal (SBT 17282300)
Joseph S. Cohen (SBT 04503720)
675 Bering Drive, Suite 150
Houston, Texas 77057
T: (713) 647-8177
F: (713) 647- 8127
E: jcohen@rosenthallaw.com

*Attorney for Corpac Steel Products Corp.*

**PORTER HEDGES  LLP**

*/s/ Aaron J. Power*
Joshua W. Wolfshohl (TX 24038592)
Aaron J. Power (TX 24058058)
M. Shane Johnson (TX 24083263)
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: (713) 226-6000
Facsimile: (713) 226-6295

*Counsel to HGC Midstream INV LLC*

**BALCH & BINGHAM LLP**

s/ *Lloyd A. Lim*
Lloyd A. Lim
llim@balch.com
811 Louisiana Street, Suite 1010
Houston, Texas 77002
Telephone: (713) 362-2550

*Counsel to Permico Energia, LLC*

2