# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC, *et al.*, | § § § | Case No. 20-32437 (MI) |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## SECOND JOINT STIPULATION AND AGREED ORDER EXTENDING THE RESPONSE DEADLINE FOR THE EMPLOYEES' APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(b)(1)

William R. Greendyke, the Court-appointed chapter 11 trustee (the "Trustee") for Permico Midstream Partners Holdings, LLC and Permico Midstream Partners (collectively, the "Debtors"), and Permico Energia, LLC ("Energia") on behalf of Jeff Beicker, Charles Craig Janies, Ronald Chamness, Michael Sambasile, and Jordan Fickessen (collectively, the "Employees," and together with the Trustee, the "Parties") hereby enter into this joint stipulation and agreed order (the "Stipulation and Agreed Order") as follows:

**WHEREAS**, on September 20, 2021, Energia filed the *Employees' Application for Allowance and Payment of Administrative Expense Claims Under 11 U.S.C. § 503(b)(1)*, at Dkt. No. 330 (the "Application");

**WHEREAS**, on September 28, 2021, the Parties filed a Stipulation and Agreed Order extending the deadline to object or respond to the Application until and through November 15, 2021, at Dkt. No. 334;

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

**WHEREAS**, on September 30, 2021, the Court approved the Stipulation and Agreed Order, at Dkt. No. 342;

**WHEREAS**, the Parties have further agreed to extend the deadline to object or respond to the Application until and through December 10, 2021.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The deadline to object or respond to the Application shall be extended until and though December 10, 2021 for the Trustee and all other parties in interest.

**IT IS SO ORDERED.**

**SIGNED this _____ day of _____, 2021**

_____
Marvin Isgur
United States Bankruptcy Judge

**IT IS SO STIPULATED:**

Date: November 10, 2021

| **NORTON ROSE FULBRIGHT US LLP** | **BALCH & BINGHAM LLP** |
|---|---|
| */s/ Jason L. Boland* <br> Jason L. Boland (SBT 24040542) <br> Bob B. Bruner (SBT 24062637) <br> Julie Goodrich Harrison (SBT 24092434) <br> 1301 McKinney Street, Suite 5100 <br> Houston, Texas 77010 <br> Phone: (713) 651-5151 <br> Fax: (713) 651-5246 <br> Email: <br>   jason.boland@nortonrosefulbright.com <br>   bob.bruner@nortonrosefulbright.com <br><br> *Counsel to William R. Greendyke, Chapter 11 Trustee* | *s/ Lloyd A. Lim* <br> Lloyd A. Lim <br> llim@balch.com <br> 811 Louisiana Street, Suite 1010 <br> Houston, Texas 77002 <br> Telephone: (713) 362-2550 <br><br> *Counsel to Permico Energia, LLC* |