IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC, *et al.*, | § § | Case No. 20-32437 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

### THIRD JOINT STIPULATION AND AGREED ORDER EXTENDING THE RESPONSE DEADLINE FOR THE EMPLOYEES' APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(b)(1)

William R. Greendyke, the Court-appointed chapter 11 trustee (the "Trustee") for Permico Midstream Partners Holdings, LLC and Permico Midstream Partners (collectively, the "Debtors"), and Permico Energia, LLC ("Energia") on behalf of Jeff Beicker, Charles Craig Janies, Ronald Chamness, Michael Sambasile, and Jordan Fickessen (collectively, the "Employees," and together with the Trustee, the "Parties") hereby enter into this joint stipulation and agreed order (the "Stipulation and Agreed Order") as follows:

**WHEREAS**, on September 20, 2021, Energia filed the *Employees' Application for Allowance and Payment of Administrative Expense Claims Under 11 U.S.C. § 503(b)(1)*, at Dkt. No. 330 (the "Application");

**WHEREAS**, on September 28, 2021, the Parties filed a Stipulation and Agreed Order extending the deadline to object or respond to the Application until and through November 15, 2021, at Dkt. No. 334;

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.

**WHEREAS**, on September 30, 2021, the Court approved the Stipulation and Agreed Order, at Dkt. No. 342;

**WHEREAS**, on November 10, 2021, the Parties filed a Second Stipulation and Agreed Order extending the deadline to object or respond to the Application until and through December 10, 2021, at Dkt. No. 360;

**WHEREAS**, on November 15, 2021, the Court approved the Stipulation and Agreed Order, at Dkt. No. 361;

**WHEREAS**, the Parties have further agreed to extend the deadline to object or respond to the Application until and through January 10, 2022.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The deadline to object or respond to the Application shall be extended until and though January 10, 2022 for the Trustee and all other parties in interest.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**IT IS SO STIPULATED:**

Date: December 7, 2021

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **BALCH & BINGHAM LLP** |
| */s/ Jason L. Boland* | */s/ Lloyd A. Lim* |
| Jason L. Boland (SBT 24040542) | Lloyd A. Lim |
| Bob B. Bruner (SBT 24062637) | llim@balch.com |
| Julie Goodrich Harrison (SBT 24092434) | 811 Louisiana Street, Suite 1010 |
| 1301 McKinney Street, Suite 5100 | Houston, Texas 77002 |
| Houston, Texas 77010 | Telephone: (713) 362-2550 |
| Phone: (713) 651-5151 | |
| Fax: (713) 651-5246 | *Counsel to Permico Energia, LLC* |
| Email: | |
|   jason.boland@nortonrosefulbright.com | |
|   bob.bruner@nortonrosefulbright.com | |
| | |
| *Counsel to William R. Greendyke,* | |
| *Chapter 11 Trustee* | |